Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
K. Michelle Ronan, State Bar Number 028923
mronan@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile:  (602) 386-5657
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Wikler and Randi Wikler, husband and wife,<br><br>                Plaintiffs,<br>    vs.<br><br>Privilege Underwriters Reciprocal Exchange, an unincorporated association, d/b/a PURE Insurance; Privilege Underwriters, Inc., a Delaware corporation, d/b/a PURE Insurance; Black Corporations I through V; and White Partnerships, I through V,<br><br>                Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Defendants Privilege Underwriters Reciprocal Exchange d/b/a PURE Insurance and Privilege Underwriters, Inc. d/b/a PURE Insurance ("PURE Insurance") give notice they are removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 for the following reasons:

**A.    This Court Has Diversity Jurisdiction Pursuant to 28 U.S.C. § 1332.**

   **1.    There is complete diversity among the legitimate parties.**

TYSON & MENDES, LLP

(a)     Plaintiffs are a married couple residing in the state of Arizona. *See* Amended Complaint in matter No. CV2017-053081, Superior Court of Arizona, Maricopa County ("Complaint") at ¶ 1, attached as Exhibit 1.

(b)     Privilege Underwriters, Inc. is a Delaware corporation with its principal place of business in White Plains, New York.

(c)      Privilege Underwriters Reciprocal Exchange is an unincorporated association authorized to do business for PURE Risk Management, LLC, a Florida corporation with its principal place of business in Fort Lauderdale, Florida.

**2.     The Amount in Controversy Exceeds $75,000.**

The determination of diversity jurisdiction is made as of the time of removal. *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283 (1938); *see also Rogers v. Wall-Mart Stores*, Inc. 230 F.3d 868, 871 (6th Cir. 2000). Included in the calculation of the jurisdictional minimum are general damages, special damages, punitive damages, and attorneys' fees. *See Ansley v. Metropolitan Life Ins. Co.*, 215 F.R.D. 575 (D. Ariz. 2003); *see also Chabner v. United of Omaha Life Ins. Co.*, 225 F.3d 1042, 1046 n.3 (9th Cir. 1998); *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998).

Here, the evidence establishes by a preponderance of the evidence that the jurisdictional minimum has been met. Plaintiffs deemed Defendants' offer of $82,000 as "wholly inadequate," *see* Exhibit 1 at ¶25. This statement alone, exclusive of pre-judgment interest and attorneys' fees, establishes that the amount in controversy meets the requirement for diversity jurisdiction.

Tyson & Mendes, LLP

Based on the foregoing, Defendants have met their burden of establishing the jurisdiction of this Court.

**B.      This Notice of Removal is Timely.**

Plaintiffs filed the complaint on April 12, 2017. An Amended Complaint was filed on July 9, 2017 and was served on Privilege Underwriters Reciprocal Exchange, through the Arizona Department of Insurance, and on Privilege Underwriters, Inc. on July 10, 2017.  Defendants first received notice of the complaint upon its receipt from the Department of Insurance on or after July 10, 2017.  This Notice of Removal, therefore, has been timely filed within 30 days of that date.  *See* 28 U.S.C. § 1446(b).

**C.** Defendants have attached copies of the First Amended Complaint, Complaint, Summons, Certificate of Compulsory Arbitration, Notice of Appearance, and Demand for Jury Trial, and has no other court documents in its possession. *See* Exhibits 1-7.

**D.** Defendants have concurrently filed a copy of this notice with the Arizona Superior Court.

Defendants have served upon Plaintiffs a copy of this notice.

DATED this 8th day of August, 2017.

                            TYSON AND MENDES, LLP

                            By: */s/ Lynn M. Allen*
                                Lynn M. Allen
                                K. Michelle Ronan
                                *Attorneys for Defendants*

**TYSON & MENDES, LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Jonathan V. O'Steen
O'Steen & Harrison, PLC
300 W Clarendon Avenue, Suite 400
Phoenix, Arizona 85013
josteen@vanosteen.com
*Attorneys for Plaintiffs*

By: */s/ Nina Hadzic*