

Jonathan V. O'Steen, Esq. – State Bar #024043
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona  85013-3424
(602) 252-8888
(602) 274-1209 FAX
josteen@vanosteen.com

Richard A. Dillenburg, Esq. – State Bar #013813
**RICHARD A. DILLENBURG, P.C.**
2173 E. Warner Rd., Suite 101
Tempe, Arizona  85284-3503
(480) 668-1924
(480) 831-7438 FAX
rich@dillenburglaw.com
**Attorneys for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Wikler and Randi Wikler, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Privilege Underwriters Reciprocal Exchange, an unincorporated association, d/b/a/ Pure Insurance; Privilege Underwriters, Inc., a Delaware corporation;<br><br>Defendants. | NO. CV-17-02664-PHX-GMS<br><br>**PLAINTIFFS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, RE: BAD FAITH AND MEDICAL EXPENSES**<br><br>(Assigned to the Honorable G. Murray Snow) |

Plaintiffs, by and through undersigned counsel, pursuant to FED.R.CIV.P. 56

and L.R.CIV.P. 56.1(a), hereby submit the following statements of fact in support of



*Plaintiffs' Motion for Partial Summary Judgment, re: Bad Faith and Medical Expenses.*

## STATEMENT OF FACTS

1.  An x-ray of the foot taken on April 14, 2014 at the Mayo Clinic indicated Randi Wikler sustained cortical avulsion fractures along the dorsum of the navicular and neck of the talus in her left foot. (**Exhibit A**, O&H MAYO CLINIC 0111).

2.  After her left foot and ankle pain persisted, Randi Wikler also was diagnosed with tendon damage. (**Exhibit B**, O&H RANDI MAYO CLINIC 0312–0313; O&H RANDI MAYO CLINIC 0417–0418; O&H RANDI MAYO CLINIC 0356; O&H RANDI MAYO CLINIC 0361).

3.  Randi had an underlying congenital condition the doctors describe as a tarsal coalition or fibrous bar that was aggravated by the trauma to her foot. (**Exhibit C**, O&H RANDI ARCADIA ORTHOPEDICS 0003–0004; **Exhibit D**, STANLEY GRAVES, M.D. DEP. at 78:13–79:1, 88:10–89:22; **Exhibit E**, JOHN CORY, M.D. DEP. at 11:23–12:1, 23: 13–19; 24:9–26:25; 27:16–28:8).

4.  Randi Wikler consulted with two foot and ankle surgeons, Drs. Graves and Cory, and both recommended surgery. (**Exhibit C**, O&H RANDI ARCADIA ORTHOPEDICS 0003; **Exhibit F**, O&H RANDI ORTHOARIZONA 0068).

5.  Randi Wikler opted to have surgery performed by Stanley Graves, M.D. who performed a procedure on June 1, 2016. (**Exhibit C**, O&H RANDI ARCADIA ORTHOPEDICS 0017–0019).

6.  Randi Wikler had been employed as a part-time lab technician with Mayo Clinic since 2002. (**Exhibit G**, RANDI WIKLER DEP. at 35:7–8 (Feb. 5, 2018)).

7.  Randi Wikler earned $31.52/hour and worked 20 hours per week. (**Exhibit G**, RANDI WIKLER DEP. at 93:3–5 (Feb. 5, 2018); **Exhibit H**, Wage Documentation Wikler/PURE 001411).

8.  As a consequence of her injuries and inability to stand for any meaningful length of time on her foot, Randi Wikler missed time from work.  She took a final leave on January 2, 2017 and lost her position with Mayo Clinic. (**Exhibit G**, RANDI WIKLER DEP. at 101:22–102:1; 102:7–23 (Feb. 5, 2018), **Exhibit I**, SANDRA MANZELLA DEP. at 98:9-14 (Jan. 25, 2018)).

9.  At the time of the collision, Plaintiffs were insured by PURE with optional coverage for damages caused by underinsured motorists.   The policy promises:



O'STEEN & HARRISON
ATTORNEYS AT LAW

> We will pay compensatory damages which an "insured" is **legally entitled to recover from the owner or operator of an "underinsured motor vehicle**" because of "bodily injury":   1. Sustained by an "insured"; and 2. Caused by an accident.

(**Exhibit J**, Wikler/PURE 2736) (emphasis added)).

10. Louis Wikler notified PURE on October 7, 2014 that they were offered the at-fault driver's policy limits and would be looking to their underinsured coverage with PURE for further compensation.   (**Exhibit K**, Claim file excerpts; email from Louis Wikler dated October 7, 2014 at 7:54 p.m., bates Wikler/PURE 000039)

11. The PURE adjuster assigned to handle the investigation, evaluation, and payment of underinsured motorist benefits prepared an undated written evaluation of Randi Wikler's damages during the month of April 2017. (**Exhibit K**, Claim file excerpt at bates Wikler/PURE 002618–002628).

12. The evaluation documented that Randi Wikler had lost wages, past and future, in the amount of $360,588.08 due to her injuries suffered in the collision. (**Exhibit K**, Claim file excerpts at bates Wikler/PURE 2628)

13. The evaluation documented that Randi Wikler had incurred medical expenses in the amount of $399,056.00 due to her injuries suffered in the collision. (**Exhibit K**, Claim file excerpts at bates Wikler/PURE 2627)

14. The adjuster noted in her evaluation that medical expenses were owed under Arizona law: "In AZ, must include the meds which total 399K." (**Exhibit K**, Claim file excerpts at bates Wikler/PURE 002628).

15. The number of $399,056.00 was in error as the past medical specials are currently $132,816.08 and future medical expenses are projected at $98,506.00–$99,831.00. (**Exhibit L**, *Plaintiffs' Thirty-Fourth Supplemental Responses to Mandatory Initial Discovery Requests*, at 98; Exhibit Q, Future Medical Costs Report of Dirk Leverant, M.D., J.D., C.L.C.P. (Aug. 28, 2017)).

16. The adjuster had previously advised the Wiklers that lost wages were compensable. (**Exhibit K**, Claim file excerpts, e-mail of May 14, 2014 at 2:26 p.m., Wikler/PURE 000051).

17. The adjuster testified that she knew from the medical records that Randi Wikler had lost wages over certain periods of time and lost her job. (**Exhibit I**, SANDRA MANZELLA DEP. at 98:9–14 (Jan. 25, 2018); **Exhibit K**, Claim file excerpts at Wikler/PURE 002627).

O'STEEN & HARRISON
ATTORNEYS AT LAW

18. The adjuster came up with a total value on Randi Wikler's claim of $92,000.00.   In adding up the adjuster's various categories of damages, the $92,000.00 did not include anything for medical bills incurred or lost wages. (**Exhibit K**, Claim file excerpts at Wikler/PURE 002628)

19. Under Arizona law, Randi Wikler is entitled to her reasonable medical expenses caused by the driver of the underinsured vehicle:

   1.  The nature, extent, and duration of the injury.

   2.  The pain, discomfort, suffering, disability, disfigurement, and anxiety already experienced, and reasonably probable to be experienced in the future as a result of the injury.

   3.  Reasonable expenses of necessary medical care, treatment, and services  rendered, and reasonably probable to be incurred in the future.

   4.  Lost earnings to date, and any decrease in earning power or capacity in the future.

   5.  Loss of love, care, affection, companionship, and other pleasures of the [marital] [parent-child] relationship.

   6.  Loss of enjoyment of life, that is, the participation in life's activities to the quality and extent normally enjoyed before the injury.

(**Exhibit M,** Revised Arizona Jury Instructions (Civil), 6TH, Personal Injury Damages 1 – Measure of Damages).

20. Under Arizona law, Randi Wikler is entitled to her lost wages caused by the driver of the underinsured vehicle.  (Exhibit M).

21. The adjuster then made the Wiklers a combined offer of $77,500.00 to settle their underinsured motorist claims and included a release releasing PURE of any further liability should the Wiklers accept.  (Exhibit K, Claim file excerpts at Wikler/PURE 002629–002632).

22. That offer did not contain ANY amounts for Randi Wikler's medical expenses or lost wages. Nor did it include any consideration whatsoever for future damages, such as medical expenses for an anticipated surgery or future pain, suffering, disability, anxiety, loss of enjoyment life or other damages.

   SETTLEMENT RANGE:

   **-2 Fractures in ankle with no surgery, up to 2 years of treatment, see up to $SOK**

O'STEEN & HARRISON
ATTORNEYS AT LAW

In Cast & wheelchair for 3 months, $5K per month= $15K
In Air boot for 2 months, $3K per month= $6K
Back in Air boot for 2 months, $3K per month= $6K
**-Surgery to left ankle to repair underlying congenital problem
aggravated by MVA diagnosed 10**
**months post MVA, $2SK**
**-Factor in loss of enjoyment on cruises, cost for both is just under
$17K.**
**-Loss of work & wages, but is on disability. Would work likely to age
65. 11 years @ $32,780.80 =**
$360,588.08.
FULL VALUE $92K, less underlying of $15K, see up to $77K to resolve
In AZ, must include the meds which total $399K w/o surgery, but there is no
lien at this time

See settlement value up to $100K

(**Exhibit K**, Claims file excerpts at Wikler/PURE 002628)

23. The offer of $77,500.00 contained not one penny for Louis' claim, which the adjuster previously evaluated at up to $30,000.00. (**Exhibit K,** Claims file excerpts at bates Wikler/PURE 001349–001350)

24. Randi Wikler has received treatment at Mayo Clinic Hospital and Greenbaum Specialty Surgical Hospital.  Randi Wikler requires ongoing medical treatment as a result of injuries sustained in the crash.  (**Exhibit N**, Expert Report of Stanley Graves, M.D. (May 7, 2018)).

25. Randi incurred past medical expenses of $37,578.35 at Mayo Clinic Hospital and $45,461.43 at Greenbaum Specialty Surgical Hospital for care related to the collision. (**Exhibit O**, Mayo Clinic Hospital Billing Statement; **Exhibit P**, Greenbaum Specialty Surgical Center Billing Statement).

26. Stanley Graves, M.D., a board-certified orthopedic surgeon, recommends a future surgery to consist of a triple arthrodedis.  (Exhibit N).

27. Dr. Graves utilizes Greenbaum Specialty Surgical Hospital and the facility fee for the future surgery is $88,000.00, as reflected in the report of Dirk Leverant, M.D., J.D., C.L.C.P.  (**Exhibit Q**, Future Medical Costs Report of Dirk Leverant, M.D., J.D., C.L.C.P. (Aug. 28, 2017)).

28. Mayo Clinic Hospital and Greenbaum Specialty Surgical Hospital both are required to comply, and do in fact comply, with the procedures set forth in A.R.S. § 36-436.  (**Exhibit R**, *Hospital Chargemaster/Overview Form – Attestation of Completeness and Accuracy*, MAYO CLINIC HOSPITAL (Jan. 1, 2016); **Exhibit S**, *Hospital Chargemaster/Overview Form – Attestation of*

O'STEEN & HARRISON
ATTORNEYS AT LAW

*Completeness and Accuracy*, Mayo Clinic Hospital (Jan. 1, 2017); **Exhibit T**, *Hospital Chargemaster/Overview Form – Attestation of Completeness and Accuracy*, Greenbaum Specialty Surgical Hospital (Jan. 1, 2016).

29. The expert retained by Defendants to address medical expenses had little knowledge of the process adopted by the Arizona Legislature and overseen by the Director of the Arizona Department of Health Services to establish reasonable hospital charges.

> O'STEEN      Have you ever reviewed A.R.S. § 36-436, which sets forth the statutory process for Arizona hospitals to set their rates?

> MICHALSKI    No, I have not.

> O'STEEN      Are you aware that the Arizona Department of Health Services is required to establish reasonable guidelines for review of rates and charges for hospitals?

> RONAN        Form.

> MICHALSKI    I'm not familiar with that, no.

> (**Exhibit U**, NANCY MICHALSKI DEP. at 50–51:10–20 (Sept. 4, 2018)).

30. Defendants have not claimed that Mayo Clinic Hospital or Greenbaum Specialty Surgical Hospital failed to follow the legislatively-created process for setting and filing rates and charges. (**Exhibit U**, NANCY MICHALSKI DEP. at 55–61:2–22 (Sept. 4, 2018)).

RESPECTFULLY SUBMITTED this 27th day of September 2018.

**O'STEEN & HARRISON, PLC**

_____
Jonathan V. O'Steen
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424

**RICHARD A. DILLENBURG, P.C.**
Richard A. Dillenburg

Attorneys for Plaintiffs



## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 27th day of September 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert Tyson, Esq.
Lynn M. Allen, Esq.
K. Michelle Ronan, Esq.
Tyson & Mendes, LLP
706 E. Bell Rd., Suite 129
Phoenix, AZ  85022
rtyson@tysonmendes.com
lallen@tysonmendes.com
mronan@tysonmendes.com
Attorneys for Defendants

Richard A. Dillenburg, Esq.
Richard A. Dillenburg, P.C.
2173 E. Warner Rd., Suite 101
Tempe, AZ  85284-3503
rich@dillenburglaw.com
Attorneys for Plaintiff

/s/ Jonathan V. O'Steen

c:\sync\clients\wikler\pleadings\msj\sof.doc



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A



**Mayo Clinic Hospital in Arizona**

5777 East Mayo Blvd.
Phoenix, AZ 85054-

| | | | | |
|---|---|---|---|---|
| Patient: | **WIKLER, RANDI S** | | | |
| MRN: | 05-939-406-4 | | Admit: | 4/14/2014 |
| FIN: | 3478883 | | Disch: | 4/14/2014 |
| DOB/Age/Sex: | 8/11/1959 | 57 years    Female | Encounter: | Emergency |
| Location: | AZ MCH ED | | Admitting: | Judson MD,Kurtis |

## Radiology - General Radiology

Accession:                     Result Date:                          Result Type:
                                        4/14/2014 22:21 MST             Ankle, 3 View

**Report**
Name : Randi S. Wikler
MRN : 05-939-406-4

Ordering Physician : 5954 Judson, Kurtis A, M.D.
Creation Date : 04/14/2014
Performed At : MCH_01_Radiology
Indications   : Trauma, pain
tech notes: mva today, pain and bruising on lateral side( arrow indicator)


14-Apr-2014 22:34   *** Final ***

Ankle, Min 3vws Left:
Foot, Min 3vws Left:
Small cortical avulsion fractures along the dorsum of the navicular and neck
of the talus. Overlying soft tissue swelling.

The ankle mortise is intact. Well-corticated ossification fragment along the
posterior aspect of the calcaneus may represent an old enthesophyte fracture.
Small plantar calcaneal enthesophyte.
Comparison: None available.

Electronically signed by:
C. J. Malcom D.O. 14-Apr-2014 22:34

Accession:                     Result Date:                          Result Type:
                                        4/14/2014 22:22 MST             Foot Stand

**Report**
Name : Randi S. Wikler
MRN : 05-939-406-4

Ordering Physician : 5954 Judson, Kurtis A, M.D.
Creation Date : 04/14/2014
Performed At : MCH_01_Radiology
Indications   : Trauma, pain

Report ID:  16281108                     Page 1 of 16                     Print Date/Time:   5/10/2017 18:03 EDT

O&H RANDI MAYO CLINIC 0111



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

Orthopedic Subsequent Visit                                          WIKLER, RANDI S - 05-939-406-4
* Final Report *

Result Type:        Orthopedic Subsequent Visit
Result Date:        03-Feb-2015  00:00 MST
Result Status:      Auth (Verified)
Performed By:       Barker PA, Lloyd on  03-Feb-2015  16:03 MST
Verified By:        Barker PA, Lloyd on  05-Feb-2015  08:38 MST
Encounter info:     1127398, Mayo Clinic in Arizona, MCA Patient, 14-May-2002 -

# * Final Report *

**Mayo Clinic in Arizona**
**CLINICAL NOTES**

Patient Name:  Wikler, Randi S.                    Service Date:  02/03/2015
Medical Record Number:  59394064                    Facility Name:  MCA
DOB:  August 11, 1959                               Provider Name:  Lloyd G. Barker, P.A.-C.
Age:  55                                            Account Number:  1127398
Service:  Ortho                                     Visit Type:  Subsequent Visit

ATTENDING PHYSICIAN:
Dr. Richard Claridge.

CHIEF COMPLAINT / REASON FOR VISIT:
This 55-year-old woman is seen in followup for persistent left foot and ankle pain.

HISTORY OF PRESENT ILLNESS:
I originally saw this woman on 04/18/2014 after she was involved in a motor vehicle accident. She had x-rays which
demonstrated a left foot navicular and cuneiform fracture as well as a left ankle medial malleolus fracture. Patient was
immobilized in cast and kept nonweightbearing. Then she was progressed to weightbearing. I last saw her on
07/02/2014. She had transitioned to using the Air-Stirrup brace and crutches. She at that time was describing having
pain in her foot that increased with activity. She was initiated on formal physiotherapy. She continued to attend therapy
from June 6, 2014, up until at 12/30/2014. According to the patient, she had improvement in her flexibility of her foot but
she always had pain. I reviewed some of her physical therapy notes and there is a description of her doing various
amounts of walking. She was able to hike 2 miles or more on occasions with hiking boots and poles. We reviewed some
of these notes and patient indicates that yes she was able to walk but she had instability and discomfort when doing so.
She states that she has always had the inability to go up on her toes and that they have worked on this with therapy. She
was somewhat vague as far as how much discomfort she was having. Some of her progress notes describe her pain as
2/10 or 5/10 with pain. When questioned about this, she was unsure what the numbers signified. She states that she has
always had pain since the initial injury.

PHYSICAL EXAM:
On physical exam, there is some swelling in her ankle. She is very tender with palpation along the posterior tibial tendon
just posterior to the medial malleolus. No discomfort with palpation over the ATF, CF, or PTF ligaments. When an
attempt is made to manipulate her subtalar joint this reproduces her discomfort. She also has some tenderness with
palpation over the anterior aspect of her ankle. I can flex and extend her ankle passively with no discomfort. There is no

Printed by:        Hanson, Amber L.                                    Page 1 of 2
Printed on:        10-May-2017 15:07 MST                               (Continued)

O&H RANDI MAYO CLINIC 0312

Orthopedic Subsequent Visit
* Final Report *

WIKLER, RANDI S - 05-939-406-4

discomfort with palpation on the plantar aspect of her foot.  Patient places weight on her foot and she is unable to do a toe raise on the left side.  She walks with antalgic gait with a decreased midstance phase.  She can place weight on her heel with minimal discomfort.  With both feet firmly on the ground she is able to go up on her toes with most of her weight on her right foot.  Her left foot does not invert with this maneuver, however.  Again she is tender with palpation over the course of her posterior tibial tendon.  I cannot ascertain if her tendon is actually working inasmuch as she does not have very good mobility and strength with resistance to foot inversion or eversion.

IMPRESSION/REPORT/PLAN:
I reviewed her x-rays and see that she has had some disuse osteopenia.  Her medial malleolus fracture as well as her cuneiform and talus fracture have healed.  On further review, I wonder if there is something going on in her anterior process of her calcaneus.  I reviewed this with Radiology fellows who indicated there may be a coalition present.  I question if maybe she had an anterior process fracture and that is what is causing some of her discomfort.

Secondly, I think that she has some issues with her posterior tibial tendon.  I am not sure if her tendon is actually working based upon her inability to the toe raise.  I reviewed her therapy notes.  There are notes of her being able to ambulate and having a toe-off.  Patient can demonstrate a minimally antalgic gait pattern with forefoot discomfort at 2/10 and lateral discomfort at 5/10.  This was from Yvonne Harrison's note on 12/23/14.

I think the best course of action right now is to place her back into a boot.  She needs to be minimally weightbearing until things settle down.  She may have a posterior tibial tendon dysfunction on top of her original injury.  Best way to sort this out would be to get an MRI.  Will get an MRI of her left foot and ankle to see if 1) there are any problems with her posterior tibial tendon, and 2) to assess her anterior process of her calcaneus to make sure there is not some type of coalition or other  previous injury.  I will see her back after the MRI is performed.

LGB/mh

DD: 02/03/2015  16:03
DT: 02/04/2015  16:34

**Completed Action List:**
* Perform by Barker PA, Lloyd on  03-Feb-2015  16:03 MST
* Transcribe by Hellriegel, Mari A on  04-Feb-2015  16:34 MST
* Sign by Barker PA, Lloyd on  05-Feb-2015  08:38 MSTRequested on  04-Feb-2015  16:54 MST
* Verify by Barker PA, Lloyd on  05-Feb-2015  08:38 MST

O&H RANDI MAYO CLINIC 0313

PM&R Consult
* Final Report *

WIKLER, RANDI S - 05-939-406-4

Noncontributory.

REVIEW OF SYSTEMS:
Musculoskeletal:  As per HPI.
Neurologic:  As per HPI.

PHYSICAL EXAM:
Vital Signs:  Temperature 36.7.
Musculoskeletal:  Palpation reveals exquisite tenderness over the posterior tibial tendon on the left.  She has some mild swelling in the area as well.

IMPRESSION/REPORT/PLAN:
1. Chronic left leg left medial leg and ankle pain with posterior tibial tenosynovitis.

Plan:
1. It might be worth trying to a topical anti-inflammatory and I sent a prescription to her Costco pharmacy for Voltaren gel.
2. We discussed acupuncture.  She would like to undergo a trial.  I can treat her today and then she will contact my secretary to schedule 3 more visits.

Acupuncture Treatment:  The following points are needled bilaterally: SP 6, SP 9, ST 36; 4 Hz electrical stimulation was applied from SP 6 to SP 9.  The total treatment was left in place for 15 minutes.  She tolerated it well.

MAB/kmf

DD: 03/25/2015   11:06
DT: 03/30/2015   16:15

**Completed Action List:**
* Perform by Butters MD, Matthew on  25-Mar-2015  11:06 MST
* Transcribe by Ferrendelli, Kitty M on  30-Mar-2015  16:15 MST
* Sign by Butters MD, Matthew on  30-Mar-2015  16:45 MSTRequested on  30-Mar-2015  16:30 MST
* Verify by Butters MD, Matthew on  30-Mar-2015  16:45 MST

O&H RANDI MAYO CLINIC 0356

PM&R Subsequent Visit
* Final Report *

WIKLER, RANDI S - 05-939-406-4

| | |
|---|---|
| Result Type: | PM&R Subsequent Visit |
| Result Date: | 31-Mar-2015  00:00 MST |
| Result Status: | Auth (Verified) |
| Performed By: | Butters MD, Matthew on  31-Mar-2015  13:28 MST |
| Verified By: | Butters MD, Matthew on  06-Apr-2015  16:52 MST |
| Encounter info: | 1127398, Mayo Clinic in Arizona, MCA Patient, 14-May-2002 - |

# * Final Report *

**Mayo Clinic in Arizona**
**CLINICAL NOTES**

Patient Name:  Wikler, Randi S Ms.
Medical Record Number: 59394064
DOB: August 11, 1959
Age: 55
Service: Physical Med & Rehab

Service Date: 03/31/2015
Facility Name: MCA
Provider Name:  Matthew A. Butters, M.D.
Account Number: 1127398
Visit Type: Subsequent Visit

CHIEF COMPLAINT / REASON FOR VISIT:
Left leg and ankle pain.

HISTORY OF PRESENT ILLNESS:
Ms. Wikler returns for followup.  I saw her initially on 03/25/2015 and performed acupuncture.  She feels like she had significant improvement in pain for a day or so.  It is now back to baseline.  She is trying the Voltaren gel too.  She is not sure if it was acupuncture or Voltaren gel or a combination that gave her relief.  She is here to continue treatment.

IMPRESSION/REPORT/PLAN:
Impression:
1.  Chronic left medial leg pain consistent with posterior tibial tendinitis.

Plan:  Continue acupuncture.  If this acupuncture treatment is not cumulatively effective compared to the first treatment, next time when I see her I will do a different meridian with her lying prone.

Acupuncture Treatment:  The following points were needled bilaterally:  SP6, SP9, ST36.  4 Hz electrical stimulation was applied from SP6 to SP9.  The total treatment was left in place for 15 minutes.  She tolerated it well.

MAB/klw

DD: 03/31/2015  13:28
DT: 04/06/2015  15:11

| | | |
|---|---|---|
| Printed by: | Hanson, Amber L. | Page 1 of 2 |
| Printed on: | 10-May-2017 15:07 MST | (Continued) |

**Mayo Clinic in Arizona**                                   MRN: 05-939-406-4
Patient:  **WIKLER, RANDI S**                               FIN:  1127398

## Radiology - General Radiology

Accession:                    Result Date:                   Result Type:
544233992-1                   5/27/2016 09:06 MST            Mammo Screen Bil

**Report**

Electronically signed by:
Bhavika Patel, MD 27-May-2016 09:21

## Radiology - MRI

Accession:                    Result Date:                   Result Type:
                              2/5/2015 10:11 MST             MR Joint Low Ext w/o

**Report**
Name : Randi S. Wikler
MRN : 05-939-406-4

Ordering Physician : 2966 Barker, Lloyd G, B.S., P.A.-C.
Creation Date : 02/05/2015
Performed At  : Lower Level Radiology Desk
Indications   : PAIN IN JOINT INVOLVING ANKLE AND FOOT;Left ankle pain;Left
ankle/PTT


05-Feb-2015 16:10  *** Final ***

MR Joint Lower Ext WO/CST Lt
IMPRESSION/ MR LEFT ANKLE:
1. No anterior process of the calcaneus fracture.
2. Mild tenosynovitis of the distal posterior tibialis tendon near the
insertion site.
3. Calcaneonavicular coalition, likely cartilaginous.
4. Split tear of the peroneus brevis tendon below the level of the lateral
malleolus.
5. Mild tenosynovitis of the tibialis anterior tendon.
6. Poorly visualized anterior talofibular ligament, likely torn. Complete tear
of the calcaneofibular ligament.

COMPARISON: Radiographs February 3, 2015.

FINDINGS:
BONES: No bone contusion, acute fracture or osteonecrosis. Healed avulsion
fractures of the dorsal navicular bone and talar neck. Calcaneonavicular
coalition, likely cartilaginous.

JOINTS: Mild degenerative changes of the tibiotalar joint with small effusion.

LIGAMENTS: Poorly visualized anterior talofibular ligament, likely torn.
Complete tear of the calcaneofibular ligament.


Report ID:  16281657              Page 27 of 249              Print Date/Time:  5/10/2017 18:08 EDT

O&H RANDI MAYO CLINIC 0417

**Mayo Clinic in Arizona**
Patient: **WIKLER, RANDI S**

MRN: 05-939-406-4
FIN: 1127398

---

### Radiology - MRI

Accession:

Result Date:
2/5/2015 10:11 MST

Result Type:
MR Joint Low Ext w/o

**Report**
TENDONS: Flattening of the distal peroneus brevis tendon with a split tear
below the level of the lateral malleolus. Mild tenosynovitis of the distal
posterior tibialis tendon at its insertion sites. Mild tenosynovitis of the
distal anterior tibialis tendon.

MUSCLES: No myositis or significant muscle atrophy.

SOFT TISSUES: Trace fluid in retrocalcaneal bursa. Mild soft tissue swelling
medially and along the dorsal foot.

TECHNIQUE: Standard ankle MRI protocol performed using multiplanar,
multisequence technique. No IV contrast.

Kenneth Montini M.D.

I have reviewed the images and report and concur with these findings

Electronically signed by:
KENNETH MONTINI, M.D. 05-Feb-2015 16:10
R. Lorans, M.D. 05-Feb-2015 16:10

---

### Radiology - Ultrasound

Accession:

Result Date:
12/11/2012 11:36 MST

Result Type:
US Breast

**Report**
Name : Randi S. Wikler
MRN : 05-939-406-4

Ordering Physician : 1836 Reidy, Bernadette M, M.D.
Creation Date : 12/11/2012
Performed At  : Lower Level Radiology Desk
Indications   : Abnormal Mammogram NOS;.

11-Dec-2012 12:15  *** Final ***

IMPRESSION: OVERALL STUDY BIRADS: 2 Benign

There is no mammographic or targeted sonographic evidence of
malignancy.
RECOMMENDATION: Return to annual mammogram screening schedule is
recommended.

The patient will receive a letter notifying her of the results.

Report ID:  16281657

Print Date/Time:  5/10/2017 18:08 EDT

O&H RANDI MAYO CLINIC 0418



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

**Progress Notes**
WIKLER, RANDI
**Patient ID:** WIKRA000
**DOB:** 08/11/1959
**Age:** 57 years **Gender:** F

04/14/2016

04/14/16 : 08:18am
New Patient Visit

WIKLER, RANDI
DOB: 08/11/59
**IMPRESSION/PLAN:**
 past medical history, family history and review of systems are noted on the medical history form. This patient enjoys good health. She has very few if any medical issues. She is a laboratory technician at Mayo Clinic.

Medications: Aspirin

No known allergies

Chief complaint/present illness: This 56-year-old injured her left ankle almost 2 years ago in an automobile accident. There car was struck spinning and around. She was in the passenger side of the automobile. She was offered to go to urgent care, but decided on Mayo Clinic. She was told that she had several fractures in her foot and was treated conservatively. She states that she saw a physicians Assistant and she has not seen the actual physician. She continued to have pain after she came out of the cast and pain at work. An MRI was performed and diagnosed with posterior tibial tendinitis. She apparently was casted again and then return to physical therapy. She's continued with difficulty and struggled with pain. She ultimately saw Dr. Cory and an MRI was performed. The MRI shows a calcaneonavicular tarsal coalition and some damage around the lateral ankle. An assessory navicular bone has been noted as well near the insertion of the posterior tibial tendon. She continues to have pain in the medial part of her ankle area and also in the lateral part. She is frustrated with the ongoing symptoms. She also has spasms and holds her foot in slight valgus. Dr. Cory had discussed the potential for fusion. The patient is also had significant physical therapy by excellent therapist and has made slight improvement but continues to struggle. She is here for a second opinion.

Physical examination reveals peroneal spasm. There is difficulty moving the subtalar region because of the spasm. Her opposite leg has some restriction of subtalar motion compared to the left. Her pulses are intact. She has tenderness around the posterior tibial tendon or the insertion and slightly towards the medial malleolus. She holds her foot in a slight valgus posture and again there spasm with attempts at motion. She has trouble and birding or everting actively because of pain. There is moderate swelling around the entire ankle region compared to her normal right side. There is no hypersensitivity. Her Achilles tendon is intact.

The MRI recently performed shows a calcaneonavicular coalition that is fibrous. She has mild arthritic changes at the dorsum of the talonavicular joint. There is an accessory navicular medially around the insertion of the posterior tibial tendon.

Diagnosis:
Calcaneonavicular tarsal coalition left
Accessory navicular

This patient has ongoing symptoms from her injury. Her injury aggravated this underlying congenital problem. Certainly she has functioned well without symptoms in the past until the accident occurred 2 years ago. She's had an extreme amount of conservative treatment and she is struggling. After reviewing MRI a believe the best option is to debride and excise the tarsal coalition. I would recommend debriding the dorsal aspect of the talonavicular joint and reconstructing the insertion of her posterior tibial tendon. I would consider using suture anchors for this reconstruction as the accessory navicular will need to be removed. I would recommend an overnight stay for pain management. She will be touchdown weightbearing for 6 weeks and require cast boot for up to 10 weeks. She will need physical therapy after a proximally 6 weeks. She has a risk of infection, healing problems, not being well with surgery and the minimal chance of being worse. She will not be able to stand significantly for approximately 12 weeks. She is not harming herself living with this but I doubtful she will improve since it is been 2 years from the accident. Her present complaints and problems were aggravated by the automobile accident since she had no symptoms prior to this injury. I would be happy to help her when

O&H RANDI ARCADIA ORTHOPEDICS 0003

**Progress Notes**
WIKLER, RANDI
**Patient ID:** WIKRA000
**DOB:** 08/11/1959
**Age:** 57 years  **Gender:** F

04/14/2016

she is ready.
Stanley C. Graves, M.D.

| # | SIGNED BY Stanley Graves, MD  (SG) | 04/15/2016 08:26AM |
| # | REVISED BY Stanley Graves, MD  (SG) | 09/13/2016 10:21AM |
| # | REVISED BY Stanley Graves, MD  (SG) | 09/13/2016 10:23AM |

O&H RANDI ARCADIA ORTHOPEDICS 0004

## HONORHEALTH SCOTTSDALE OSBORN MEDICAL CENTER

| | | |
|---|---|---|
| Patient Name: | RANDI WIKLER | DOB: 08/11/1959 |
| Physician: | STANLEY GRAVES, MD | ADM: 06/01/2016 |
| Med. Rec. #: | 0002266095 | DIS: |
| Pt. Acct. #: | A1612010139 | |
| Pt. Type: | GBB | DOS: 06/01/2016 |

### OPERATIVE REPORT

PREOPERATIVE DIAGNOSES:
1. Calcaneonavicular tarsal coalition.
2. Mild degenerative changes of calcaneocuboid and talonavicular joints.
3. Ankylosis hindfoot with peroneal tendon spasm.
4. Accessory navicular with insertional posterior tibial tendon deficiency medial foot.

POSTOPERATIVE DIAGNOSES:
1. Calcaneonavicular tarsal coalition.
2. Mild degenerative changes of calcaneocuboid and talonavicular joints.
3. Ankylosis hindfoot with peroneal tendon spasm.
4. Accessory navicular with insertional posterior tibial tendon deficiency medial foot.

PROCEDURES:
1. Open capsulotomy extensive lateral hindfoot.
2. Excision of talocalcaneal tarsal coalition with removal of extensive bone calcaneus and navicular with debridement talonavicular and calcaneocuboid joints.
3. Capsulotomy and debridement subtalar joint with removal of bone and impingement anterolateral sinus tarsi.
4. Tenolysis and synovectomy peroneal tendons.
5. Open excision of accessory navicular medial foot, separate procedure.
6. tendon reconstruction, insertion posterior tibial tendon using Mitek suture anchors.
7. Transfer of extensor retinaculum into sinus tarsi using Mitek suture anchors.

SURGEON:
Stanley Graves, MD

ASSISTANT SURGEON:
Kim Holliday, CRNFA

### OPERATIVE REPORT
Copy For STANLEY GRAVES MD

O&H RANDI ARCADIA ORTHOPEDICS 0017

Patient Name:     RANDI WIKLER                          DOB: 08/11/1959

ANESTHESIA:
General with local block, Valley Anesthesia.

BRIEF CLINICAL HISTORY:
This 56-year-old injured her left ankle in an accident. She has
had peroneal spasm and pain in her lateral ankle despite excellent
conservative management. She has a calcaneonavicular tarsal
coalition which was extensive. She has mild changes around the
talonavicular joint. She has an accessory navicular medially
which is painful as well. She has failed the treatment she has
received and is admitted for surgery. She has a risk of
infection, healing problems, not being well with surgery and the
minimal chance of being worse. We will proceed as planned.

DETAILS OF PROCEDURE:
After adequate anesthesia was obtained, the left leg was prepped
and draped in a routine fashion. A thigh tourniquet was utilized.
The assistant surgeon was vital to complete this procedure.

The lateral part of the ankle was approached first. An incision
was made from the base of the fourth metatarsal to near the tip of
the fibula and extended laterally. A full thickness flap was
opened with careful dissection over the fibula and the sinus tarsi
region. The peroneal tendons were exposed distally. There was
synovium and fluid in this part of the ankle and sinus tarsi. A
tenolysis was completed, the peroneus longus and the peroneus
brevis to remove inflamed tissues and decompress these tendons
from the entrapment and spasm. There was no interstitial tear in
the brevis.

The sinus tarsi was opened and the capsule opened in the lateral
ankle and hindfoot. The anterior ankle capsule was exposed and
there were no chondral defects. There was a large bony prominence
over the lateral part of the talus impinging on the calcaneus with
eversion. This was opened and excised protecting the interosseous
ligament. The extensor retinaculum was lifted distally with the
extensor brevis over the coalition between the calcaneus and
navicular. The calcaneocuboid joint was exposed was fibrosed
anteriorly with this extensive coalition and bony fibrous tissue.
The navicular cuneiform joint as well as the talonavicular joints
were exposed. There was significant restriction of motion because
of this coalition. There was lateral bony protuberance on head of
the talus at the talonavicular joint. This was debrided.

An osteotome was now used to remove the coalition between the
calcaneus and the navicular. Bone was angled from lateral to
medial to open up the entire space and expose the calcaneocuboid
joint as well as the talonavicular joint. The calcaneus was
debrided as well as the cuboid distally. After opening this area

**OPERATIVE REPORT**
Copy For STANLEY GRAVES MD

O&H RANDI ARCADIA ORTHOPEDICS 0018

Patient Name:     RANDI WIKLER                          DOB: 08/11/1959

where there was motion independently between the bones, wounds were irrigated thoroughly. A curet could be placed lateral to medial out into the soft tissue, ensuring that the coalition had been completely excised between the calcaneus and navicular. The wounds were thoroughly irrigated.

The Mitek suture anchor was now placed into the dorsal part of the calcaneus. The extensor tissue was sewn into the sinus tarsi. This was placed between the area where the coalition was excised.

A medial approach was now made on the medial part of the ankle. A bump was removed from the hip. The soft tissues were opened and divided. The capsule was thickened at the talonavicular joint and open dorsal to the posterior tibial tendon. The tendon was exposed distal to the medial malleolus. The tendon was loose distally where there was a palpable bony prominence. The medial part of the capsule and tendon were reflected distally to expose this accessory navicular bone. The bone was excised out of the soft tissues. The wound was irrigated.

The bone was now debrided and roughened on its plantar medial aspect. Two 4.0 Mitek anchors were placed avoiding the navicular cuneiform joint distally and the talonavicular joint proximally. After placing the anchors the tendon was attached back to the plantar medial portion of the navicular, tying them snugly with the foot plantarflexed and inverted. The wounds were thoroughly irrigated. The medial wound was closed in a routine manner with Vicryl and nylon. The lateral incision was then closed with Vicryl and nylon. The foot was injected with local medially and laterally with Marcaine with no epinephrine. A well-padded dressing was applied followed by splints and the tourniquet removed. The patient was taken to recovery in stable condition.


*****

STANLEY GRAVES, MD
Dictated by: STANLEY GRAVES, MD

DD:     06/01/2016 10:57:59 - Job#: 176366
DT:     06/01/2016 16:01:45 - in
RD:
Doc# - 100340576


OPERATIVE REPORT
Copy For STANLEY GRAVES MD

O&H RANDI ARCADIA ORTHOPEDICS 0019



1

2

3

4

5

6

7

8

9

10

**EXHIBIT D**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Louis Wikler and Randi Wikler,
husband and wife,
          Plaintiffs,

                                   No. 2:17-CV-02664-PHX-GMS

      vs.
Privilege Underwriters
Reciprocal Exchange, an
unincorporated association,
d/b/a PURE Insurance;
Privilege Underwriters, Inc.,
a Delaware corporation, d/b/a
PURE Insurance; Black
Corporations I through V; and
White Partnerships,
I through V,

          Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF
STANLEY GRAVES, M.D.
VOLUME II

August 20, 2018
4:00 p.m.

2222 East Highland Avenue
Suite 425
Phoenix, Arizona

Talia Douglas, RPR, CR No. 50775

1    accident, and that was where some of our disagreement

2    occurred, and less in -- less in actually how you would

3    treat this problem.

4              I mean, we might have some differences of

5    opinion based on our experience, but --

6    BY MR. BHATT:

7        Q.    And as you said -- I want to make sure it's

8    clear -- that you believe where you and Dr. Armendariz

9    differ is in terms of whether the issue for which Ms.

10   Wikler treated with you was caused by the subject accident

11   or not, correct?

12       A.    That seemed to be the major differences.

13       Q.    And so Dr. Graves, is it your opinion that to a

14   reasonable degree of medical probability that the trauma

15   from the accident in which Ms. Wikler was involved in

16   April, I believe, of 2014 caused her tarsal coalition?

17       A.    No.  I believe it aggravated the underlying

18   congenital condition that she had.

19       Q.    Okay.  And then same question now, Dr. Graves, but

20   can you state with a reasonable degree of medical

21   probability that the trauma from the accident, which is,

22   you know, subject of this lawsuit, caused Ms. Wikler's

23   tarsal accessory to become symptomatic?

24       A.    Yes.  It had caused it to become symptomatic.

25   That's certainly the history of how we make that

1   diagnosis.

2       Q.   And I believe -- and again, I know it's been two

3   weeks, so -- but from what I recall, you've made this

4   diagnosis based off of relying on Ms. Wikler's history of

5   what she said happened and reviewing the medical records

6   that have been provided to you; is that correct?

7       A.   Yes.  I mean, kind of what you mentioned.  I could

8   make the diagnosis that she had problems that we could see

9   clearly that are objective, but when that started, the pain

10  started and these congenital conditions were based on her

11  history.

12      Q.   And Dr. Graves, do you recall when was the last

13  time you spoke with Ms. Wikler about the triple arthrodesis

14  procedure?

15      A.   Yes, March of 2018.

16      Q.   And that was the last time that you saw her; is

17  that correct, Dr. Graves?

18      A.   Yes.

19      Q.   Okay.  And at that time, was a decision made for

20  her to undergo the triple arthrodesis procedure?

21      A.   No.  We just spoke about it.  And I told her, her

22  choices were either to live with the symptoms she had, and

23  she wasn't causing harm.

24           She could adjust her activities levels as she

25  could tolerate or do the surgery.  And at that point in

1    RANDI MAYO CLINIC 0111.

2                    Included in the findings from this imaging

3    taken on the date of the collision are small cortical

4    avulsion fractures along the dorsum of the navicular and

5    neck of the talus.

6                    Do you see that?

7    A.    Yes.

8    Q.    This collision involves sufficient forces to cause

9    avulsion fractures along the dorsum of the navicular and

10   neck of the talus, correct?

11                   MR. BHATT:  Objection, form.

12                   THE WITNESS:  Yes.

13                   This is a difference from other reports that

14   we've seen at this time.

15   BY MR. O'STEEN:

16   Q.    And we've seen different reports that identify

17   active fractures in the left foot, correct?

18   A.    The report that I'm looking at here, result date

19   April 14th, 2014, mentions these avulsion fractures.

20                   These are not the accessory bone that we've

21   discussed or the tarsal coalition or the bone spur around

22   the Achilles tendon.

23   Q.    What does it tell us about the forces imposed on

24   the left foot and the ankle as a result of the collision

25   when imaging is revealing fractures to the foot?

```
 1                MR. BHATT:  Objection, form.

 2                THE WITNESS:  A cortical avulsion fracture

 3    means there's been a twist or pull across a joint, and

 4    there's enough of a twist or pull to break small fragments

 5    of bone off with lining capsule of a joint or ligaments

 6    that support bones together.

 7                So there would have to be some significant

 8    pulling, twisting injury to cause these types of findings.

 9    BY MR. O'STEEN:

10       Q.    Are the same forces that cause multiple fractures

11    in the foot the type of forces that can cause an

12    asymptomatic preexisting condition to become symptomatic?

13                MR. BHATT:  Objection, form.

14                THE WITNESS:  Absolutely.

15                We discussed it in a rather lengthy fashion

16    how these areas that we discussed -- the accessory

17    navicular bone, the medial inside bone of the ankle, and

18    the tarsal coalition -- are fibrous connections that can be

19    stable and asymptomatic for causing her pain until they're

20    twisted.  Then they cause pain in her.

21                And certainly this would suggest a mechanism

22    of injury that could cause those problems.

23    BY MR. O'STEEN:

24       Q.    Are you able to conclude whether Randi had a

25    preexisting conditions that was aggravated as a result of
```



# EXHIBIT E

```
                  UNITED STATES DISTRICT COURT
                      DISTRICT OF ARIZONA

Louis Wikler and Randi Wikler,      )
husband and wife,                   )
                                    )
                  Plaintiffs,       )
                                    )
v.                                  ) Case No.
                                    ) 2:17-CV-02664-PHX
Privilege Underwriters Reciprocal   ) -GMS
Exchange, an unincorporated         )
association, d/b/a PURE             )
Insurance; Privilege                )
Underwriters, Inc., a Delaware      )
corporation, d/b/a PURE            )
Insurance; Black Corporations I     )
through V; and White Partnerships   )
I through V,                        )
                                    )
                  Defendants.       )
                                    )
```

                   DEPOSITION OF JOHN CORY, M.D.


                        August 24, 2018
                          3:05 p.m.
                      Scottsdale, Arizona




                              Prepared by:
                              Amy L. Zoller, RMR,
                              CRR, CRC
                              Arizona CR No. 50911

John Cory, M.D.
**August 24, 2018**

11

```
 1        Q.    Okay.  Would that be something that you would
 2   transcribe yourself?
 3        A.    I would have.
 4        Q.    When it says the problem was first noted two
 5   weeks ago and was associated with tendonitis, where would
 6   you have gathered that information?
 7        A.    Again, in this case, it may have been from
 8   when -- the acute problem that we were seeing.  Again,
 9   that's what I was talking about.  Some problems are based
10   upon, you know, how the person answers.  This is a
11   subjective portion of the -- of the intake.
12              And from there, it -- basically if I ask
13   somebody, well, how long have you been hurting like this,
14   they would say two weeks, that's what I would write down.
15        Q.    Okay.  And then the tendonitis part, would that
16   have come from Randi, you think?  Or do you think that
17   would have come from imaging?
18        A.    I don't know.  I can't recall where that would
19   have come from.
20        Q.    Okay.  Can you generally describe for me what
21   tendonitis is?
22        A.    Tendonitis is inflammation of a tendon.
23        Q.    Okay.  Is it common or possible for tendonitis
24   to form as a result of a broken bone?
25        A.    It is common for it to form as a -- an adaptive
```

John Cory, M.D.
August 24, 2018

12

1   response to injury.   Not just a broken bone, but yes.

2        Q.   Okay.  When you say an adaptive response, what

3   do you mean by that?

4        A.   A limp.  If a bone is broken or a joint is

5   broken and somebody doesn't walk properly, therefore

6   their body adapts either the angle of the joint above or

7   two above, it can create stress on the tendons.

8        Q.   So it's not the bone fracture itself that does

9   it.  It's --

10       A.   Most often not.

11       Q.   Okay.

12       A.   Sometimes if a bone is jutting into a tendon,

13   yes.  But most often, it's -- it's secondary to the -- in

14   this -- in that specific question, it's secondary to

15   something that happens as a result of an injury.  And

16   that is very, very common.

17       Q.   Okay.  And you wouldn't be able to pinpoint

18   what actually caused tendonitis in this case, would you?

19       A.   No.

20       Q.   Okay.

21       A.   Well, adaptive -- oftentimes we can follow a

22   gait -- I can follow a gait pattern and say, okay, I know

23   why somebody is having specific tendonitis.

24       Q.   Were you able to do that in this case?

25       A.   I think we had a pretty good idea of why she

John Cory, M.D.
August 24, 2018

23

```
 1              So we all do that when we walk.  And seeing
 2     those changes lets you know that the posterior tibial
 3     tendon is allowing too much shear.  And so in my mind,
 4     with that and the changes at the subtalar joint, I
 5     recommended that if we did surgery, the surgery would be
 6     a subtalar fusion.
 7          Q.    Okay.  So here, we -- on your treatment plan
 8     you put -- and I'm just trying to understand this, so
 9     please bear with me here -- fibrous bar at the subtalar
10     joint, right?
11          A.    Correct.
12          Q.    So what is that?
13          A.    That is a congenital defect called a subtalar
14     bar or a subtalar coalition.  And fibrous meaning it was
15     not a complete bony bar.  So there was -- a fibrous bar
16     is a -- a connection -- basically, I tell people it's a
17     programming error where the body didn't completely
18     separate two bones that should have been completely
19     separated.
20          Q.    Okay.  So that -- that wouldn't be caused by a
21     car accident?
22          A.    No.  That's congenital.
23          Q.    Okay.  Do you know if that bar was there when
24     you first started seeing her?
25          A.    I'm sure it was.
```

24

```
1        Q.    Okay.  And could you have told during your
2   initial evaluation whether or not that was impacting her
3   at all?
4        A.    I didn't make mention of it in terms of the bar
5   itself.  I looked at my notes, and the only thing I see
6   in there is that she was struggling to correct her
7   subtalar joint.  I did make mention of that in my
8   physical exam, going back to the beginning.
9        Q.    Okay.  And then you say:  The fibrous bar of
10  the subtalar joint with two years of ankle fracture.
11            Why is that important?
12        A.    I don't think I typed that well.  I believe I
13  put that in there because the typical way that we see --
14  again, if you ask me a one, two, three, the typical times
15  that we see coalitions of the foot happen at fairly
16  specific time frames in people's lives.
17            We see them oftentimes around the pubescent
18  growth spurt because the fibrous bars are sometimes
19  becoming full bony bars at that point because of that
20  growth spurt.  And then it affects the -- either --
21  whichever joint is coalesced.  It's not always the
22  subtalar joint.  There's other tarsal coalitions that
23  happen frequently.  But it affects how they walk and how
24  they move.  And it typically is a time frame where
25  adolescents are gaining weight and now their foot is not
```

John Cory, M.D.
August 24, 2018

1    moving well, so they have pain.  So that's one time we

2    see it.

3              The other time we typically see this is

4    somewhere in the 20s to early 30s, and it's typically

5    with an ankle sprain mechanism or some other

6    minor-appearing injury.  And it sets off a chain reaction

7    where people don't improve.  So that's -- that's the

8    common way that I see it in my practice.

9        Q.    Okay.  So is it common for -- like in Randi's

10   situation where she would have a car accident, have

11   fractures --

12       A.    It's one of those mechanisms, you know, that

13   could be like a sprain mechanism where it sets it in

14   motion.

15       Q.    Can you tell for sure that -- what --

16       A.    No.

17       Q.    -- causes --

18       A.    No.  But if -- if somebody that -- like I said,

19   we have people that get from childhood to 20-something or

20   30-something --

21              MR. O'STEEN:  Form.

22       A.    -- and never have symptoms and then have an

23   ankle sprain mechanism and show up in my office and can't

24   improve, can't improve.  And then, you know, when we do

25   the advanced imaging studies, we find coalitions or

John Cory, M.D.
August 24, 2018

26

1  fibrocartilaginous bars of the navicular -- or excuse

2  me -- the calcaneus.  Navicular joint is a common one.

3  The subtalar joint is the second most common bar.

4         And so that's the typical way that we find

5  these if we don't see them in their adolescent growth

6  spurt time frame, is with some sort of injury that

7  doesn't get better.

8  Q.    And with the injury that doesn't get better,

9  are you saying that it aggravates it and causes it to

10 become symptomatic?

11 A.    A fibrous bar is much like some of the fibrous

12 joints in our body.  So for instance, our

13 acromioclavicular joint is a fibrous joint.  All right?

14 It's got a very heavy fibrous capsule around it.  It's

15 not a synovial joint.  It's not made to move and pivot.

16 It's essentially made as a bridge joint that allows a

17 little flexion and a little movement.

18         Fibrocartilaginous bars act a lot like that.

19 But if somebody has an injury and then would have

20 fractured a piece of bone but fractures through that

21 cartilage, now that cartilage doesn't act as a fibrous

22 containing system anymore and the body is used to that.

23 And since there's now some type of new motion in an old

24 body, it doesn't do well.  And then ultimately we're

25 faced to deal with that one way or another.

John Cory, M.D.
August 24, 2018

```
 1              I made the suggestion that we fuse the joint
 2    based on Randi's age and, obviously, it was a
 3    longstanding cartilaginous bar for Randi.  It would have
 4    been there for a few years, anyway, since she was an
 5    infant.  And -- and then also some posterior tibial
 6    tendon symptoms.  So that was the reason I picked that
 7    pathway.
 8              In a young person with a percent -- if the bar
 9    is a small percentage of the subtalar joint and doesn't
10    affect certain parts of the subtalar joint, you can then
11    select to do a resection of that.  You do what's called
12    an interposition arthroplasty, where you essentially
13    build a scar joint that allows that motion to come back.
14    And that's -- that's the other way that that is handled
15    surgically.
16        Q.   Okay.  So backing up a little bit to what you
17    said earlier, are you suggesting that -- are you saying
18    that the bar itself would have become fractured, like --
19        A.   Could have become injured in -- in something
20    like a car accident, yes.
21        Q.   If the fracture was on a totally different part
22    of the foot, would that still have impacted the bar?
23              MR. O'STEEN:  Form.
24        A.   I don't -- I didn't say it did.  I said it --
25    that's the mechanism that I typically see this, is some
```

John Cory, M.D.
August 24, 2018

1    type of injury to the foot and ankle, like an ankle

2    sprain, that just the symptoms don't abate, don't abate,

3    don't abate like a normal ankle sprain.  And then when we

4    get better imaging studies, we find out, oh, by the way,

5    there was a cartilaginous bar, there's evidence that

6    there's reaction around the -- the cartilaginous bar.

7    And we ultimately go in and deal with the bar, either by

8    fusing the joint or by resecting the joint.

9        Q.    As a fix for all of it?

10       A.    Correct.

11       Q.    Okay.  So in this case, fusing the joint would

12   have fixed her tendonitis?

13       A.    The posterior tibial tendon is not as necessary

14   if the subtalar joint is fused.  It's not getting worked

15   every day because the subtalar joint is not opening and

16   closing.

17       Q.    So then it essentially would either heal on its

18   own or just be a non-issue?

19       A.    Correct.

20       Q.    Okay.  And fusing the subtalar joint would have

21   nothing to do with a split tear; is that correct?

22       A.    No.

23       Q.    That's correct?

24       A.    Correct.

25       Q.    Okay.  Thank you.



# EXHIBIT F



03/22/2016

Wikler, Randi
**Date of Birth:** 08/11/1959

Wikler presents today for review of the MRI results

**MRI of the left ankle demonstrates:**
Cartilaginous subtalar bar with changes of the talonavicular joint consistent with long–standing cartilaginous bar
ICD-10 Problem List

## Problem List
## No changes
- Pain in joint involving ankle and foot (ICD9CM – 719.47): Type: Condition. Beginning on 05/12/2015.
- Pain in left foot (ICD10CM – M79.672): Type: Condition. Beginning on 10/28/2015.
---------------------

## Treatment Plan
Fibrous bar of the subtalar joint with 2 years of an ankle fracture now with ongoing symptomatology of the subtalar joint

I have offered a subtalar fusion as a permanent solution to the subtalar arthritic pain we will consider their options to see her back

## Care Slip

Signed Electronically By: John Cory MD (T0)

18404 N TATUM BLVD #202
PHOENIX, AZ 85032
T: 480–473–3668 F: 480–473–3671

O&H RANDI ORTHOARIZONA 0068



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

Louis Wikler and Randi Wikler,  )
husband and wife,               )
                                )
          Plaintiffs,           )
                                )
                                )
VS.                             ) NO. CV-17-02664-PHX-GMS
                                )
Privilege Underwriters          )
Reciprocal Exchange, an         )
unincoroporated association,    )
d/b/a Pure Insurance;           )
Privilege Underwriters, Inc.,   )
a Delaware Corporation,         )
                                )
          Defendants.           )
_____)

DEPOSITION OF:  RANDI WIKLER
Phoenix, Arizona
February 5, 2018
1:02 p.m.

Prepared by:
KRISTIN M. DECASAS, CSR, RPR
Certificate No. 50925

1    exact date, maybe 2003 or 2004, somewhere around there.

2         Q    Do you recall any sort of incident that happened

3    that caused the pain or --

4         A    No.

5         Q    Or did it kind of come out of nowhere?

6         A    I don't recall any incident at all.

7         Q    When did you first start working at Mayo Clinic?

8         A    June 2002.

9         Q    Do you remember when you received the custom

10   orthotics?

11        A    I don't recall the year.  It was the year that I

12   had the problem with the ball of my foot, and I told

13   Dr. White when I went for my physical, and she suggested

14   that I see the podiatrist.  And she thought I had flat

15   feet.  When I went to the podiatrist, he said he -- that

16   I didn't in his opinion.

17        Q    What was the name of the podiatrist?

18        A    Dr. Kenrich at Mayo Clinic, I believe.

19        Q    Any idea how you spell his name?

20        A    K-e-n-r-i-c-h.

21        Q    So Dr. Kenrich, told you to the best of your

22   knowledge -- or to the best of his knowledge you did not

23   have flat foot, correct?

24        A    Correct, as far as I recall that is what he told

25   me.

Randi Wikler
February 5, 2018

93

1       A   Correct.

2       Q   Okay.

3           So prior to this accident, you were about a

4   20-hour-per-week position?

5       A   Yes.

6       Q   And post accident was the same?

7       A   Correct.

8       Q   Okay.

9           Do you recall what your -- you were a

10  salary employee?

11      A   Hourly.

12      Q   Do you recall what your hourly rate was when you

13  started with Mayo Clinic?

14      A   Um, it was about $17 an hour, something like

15  that.

16      Q   Okay.

17          And when you -- let's say, have you stopped

18  working at the Mayo Clinic?

19      A   Yes, I'm on disability.

20      Q   When did the disability kick in?

21      A   January 2nd of last year.

22      Q   2017?

23      A   2017.  As of January 2nd, 2017.

24      Q   Do you recall what your hourly wage was?

25      A   I don't know the exact amount, but somewhere

1    for me.  So I was very stressed, worrying about losing my

2    job and still trying to get better.

3        Q    Okay.

4             So what did you do?

5        A    What did I do?  I was hoping I got better.  And

6    then I think Dr. Cory said I -- I was going to Dr. Cory

7    at that time, and I think he said I could go back to

8    work.  And I did, but I was still having a lot of issues.

9        Q    And then did you get put on modified at that

10   point?

11       A    No.

12       Q    You just went straight back to work?

13       A    Right.

14       Q    And did you go back to modified at any point

15   between then and ultimately when your surgery was?

16       A    No.

17       Q    So about a year you worked normal -- normal

18   duty; is that fair?

19       A    Well, I don't remember what dates it was.

20       Q    Um, when the surgery happened in June of 2016 --

21       A    Yes, June 1st.

22       Q    -- what did you do at that point with your job?

23       A    I went on short-term disability.  And then it

24   went to -- after 13 weeks, it went to long-term.  And

25   then my supervisor called me and she said she wouldn't be

1    able to keep my job anymore.

2         **Q    Do you know when you had that phone call?**

3         A    I don't know an exact date, no.  But she said

4    she couldn't -- she has holes in the schedule and she

5    can't have an employee who can't do the job.

6         **Q    Okay.**

7              **So officially, was it January 2nd of 2017,**

8    **you were on long-term disability?**

9         A    Yes.

10        **Q    Okay.**

11             **And that's where you are currently?**

12        A    Yes.

13             But at one point they called me and they

14   said they would give -- wait -- at the -- when she called

15   me and told me I don't have my job anymore, the -- what

16   is that department called?  Occupational medicine called

17   me, and they said they would give me a position that I

18   could be seated at temporarily, I think it was for about

19   three months.  And they would give me that position.  And

20   during that time I could apply for jobs that I felt I

21   could do.  And if I didn't get anything after that, then

22   I would be terminated or put back on long-term to

23   termination.

24        **Q    Okay.**

25        A    So I worked for three months in the internal



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT H

Employee  106283  Wikler, Randi S.

| Assignment | Pay | Work | Personal | Address | Work |
| --- | --- | --- | --- | --- | --- |

Last Name        Wikler
First Name     Randi                    Preferred Name  R
Middle Name  Susan
Name Title

Social Number
Status  L3    Leave - Long Term Disability



106283  Wikler, Randi S.

| ...ent | Pay | Work | Personal | Address | Work Elig |
| --- | --- | --- | --- | --- | --- |

Salary Class   H      Hourly
Pay Frequency  2      Biweekly
Rate of Pay          31.5200     USD    USD

Average Hours per week:  20.0

Wikler/PURE 001411
Tyson & Mendes, LLP



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT I

1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

- - - - - - - - - - - - - - - - - - - - - -X

Louis Wikler and Randi Wikler,

husband and wife,

                    Plaintiffs,

      -against-               No.:

                                CV-17-02664-PHX-GMS

Privilege Underwriters Reciprocal

Exchange, an unincorporated association,

d/b/a Pure Insurance; Privilege Underwriters,

Inc., a Delaware corporation;

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - -X

               January 25, 2018

               9:37 a.m.

VIDEOTAPED DEPOSITION of SANDRA MANZELLA, on behalf

of Privilege Underwriters Reciprocal Exchange, a

Defendant herein, taken pursuant to Notice, and held

at the offices of DALCO Reporting, Inc., 170

Hamilton Avenue, White Plains, New York, before

Gabriel J. Alicea, a Court Reporter and Notary

Public of the State of New York.

SANDRA MANZELLA

98

1    discomfort, suffering, disability, disfigurement,

2    and anxiety already experienced and reasonably

3    probable to be experienced in the future as a result

4    of the injury.  Did you, in your evaluation and

5    investigation, identify any information regarding

6    the disability that has been experienced by Randi

7    Wikler as a result of her injury?

8             MS. ALLEN:  Form, foundation.

9        A.   I knew, from reading from the medical

10   records, that she was not able to work certain

11   periods of time and that she was disabled.  And that

12   was included into my evaluation.  I didn't have a

13   particular dollar figure or dollar amount of lost

14   wages.

15       Q.   Lost wages is a separate amount, but just

16   as far as compensation for her disability --

17       A.   Yes.

18       Q.   -- was that factored into your evaluation?

19       A.   Yes.

20            MS. ALLEN:  Form, foundation.

21       Q.   Are you able to tell us a number that was

22   allocated for her disability?

23       A.   I really can't say.  My evaluation is more

24   done holistically, globally, that includes all --



# EXHIBIT J



# Underinsured Motorist Coverage – Arizona

*This endorsement changes the policy. Please read it carefully.*

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## INSURING AGREEMENT

We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "underinsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and
2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "underinsured motor vehicle".

"Insured" as used in this endorsement means:

1. You or any "family member".
2. Any other person "occupying" "your covered auto".
3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

"Underinsured motor vehicle" means a land motor vehicle or trailer of any type to which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

However, "underinsured motor vehicle" does not include any vehicle or equipment:

1. To which a bodily injury liability bond or policy applies at the time of the accident but its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the financial responsibility law of Arizona.
2. Operated on rails or crawler treads.
3. Designed mainly for use off public roads while not upon public roads.
4. While located for use as a residence or premises.
5. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.

## EXCLUSIONS

**A.** We do not provide Underinsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (A.1.) does not apply:
   a. To a share-the-expense car pool; or
   b. When "your covered auto" is being used in the course of volunteer work for a tax-exempt organization as described in ARIZ. REV. STAT. ANN. Section 43-1201(4).

Wikler/PURE 002736
Tyson & Mendes, LLP



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT K

Claim: AZ-001-068

Rec'd Subro Check fr USAA
Rte to Finance $ccDocLink(786484)
-Sandra Manzella (10/10/2014 3:59 PM)

Email fr Member - Rec'd Releases fr CC
From: Sandra Manzella Sent: Wednesday, October 08, 2014 1:47 PM To: 'Louis @ Blinds & Beyond'
Subject: RE: Claim number AZ-001-068 That is fine Mr. Wikler. Please provide me the signed copies
when you can. Thank you. Sandy Sandra Manzella AIC Claims Analyst 44 S. Broadway, Suite
301 | White Plains, NY 10601 O: 914.328.8104 | F: 914.315.7195 From: Louis @ Blinds & Beyond
[mailto:louis@blindsandbeyond.biz] Sent: Tuesday, October 07, 2014 7:54 PM To: Sandra Manzella
Subject: Claim number AZ-001-068 Dear Sandy, This email is to confirm that per our discussion today
you have instructed us to sign the releases from USAA releasing USAA and the driver of the car and her
father, the owner. We will be claiming the balance of our claim from PURE insurance using our under
insured motorist portion. Please confirm that you and PURE insurance are in agreement with our signing
the attached releases from USAA. Thank you for your help. Randi and Louis Wikler $ccDocLink(785572)
$ccDocLink(785571)
-Sandra Manzella (10/08/2014 1:49 PM)

Member Contact - CC Tendering BI lmts
Rec'd call from Mr. Wikler advising that USAA has tendered their BI limits for both of them, $15K each.
He is going to have an attny review the releases & then sign them. He then inquired on how the UIM is
processed. I explained the process and he will send me copies of the releases for my file. I explained that
I will review their claims & prepare evals for both but they are still in the midst of treating. He understood.
-Sandra Manzella (10/07/2014 10:56 AM)

Member Contact - Subsequent
Ret'd call to Mrs. Randi Wikler - she advised that she s/w USAA back in June regarding resolving her BI
claim. The adj at USAA stated that they will likely tender the BI of $15K to her but NOT to her husband
as they are waiting for add'l info. She is frustrated with dealing with USAA as the adj does not return calls
or send the proper documents. USAA sent the med auth's to Mrs. Wikler not the medical provider. Mrs.
Wikler had to go to the Mayo Clinic & have them forward the recds to USAA. She advised that she will call
USAA back & advise them to please tender the BI to her now. She & her husband will likely retain an attny
to assist them. Advised her to please keep me informed and once the BI limit is tendered, she would then
trigger her UIM coverage. She understood.
-Sandra Manzella (09/30/2014 11:20 AM)

07/31/2017 5:07 PM

Wikler/PURE 000039
Tyson & Mendes, LLP

Claim: AZ-001-068

I will now issue payment to Mayo Clinic AZ for DOS 4/14/14 - 4/15/2014 in the amount of $4,464.05 which is the remaining amount in the Medical PAyments portion. I will now issue a ltr to the Mayo Clinic & cc the member of the same.$ccDocLink(892843)

-Sandra Manzella (05/23/2014 2:33 PM)

Rec'd EOB for Mayo Clinic - RW
$ccDocLink(892843)
-Sandra Manzella (05/23/2014 2:32 PM)

Email fr Member

From: Sandra Manzella Sent: Friday, May 23, 2014 2:26 PM To: 'Randi' Subject: RE: RE: Question about bills Their Bodily Injury limit is $15,000 per person / $30,000 per accident. Bodily Injury is pain and suffering, out of pocket expenses that your medical insurance does not pay for. Such as, co-pays, loss wages, a value on your injury. It does not necessarily cover your medical bills. Based on the above, both you and your husband have up to $15,000 each for a pain & suffering claim, totaling no more than $30,000. Once your Medical Payments portion is exhausted, I will advise you. You will then need to contact your personal health carrier to advise them of the outstanding medical bills. Please provide them my information for any inquiries. I hope this information clarifies your question. Best, Sandy Sandra Manzella AIC Claims Analyst 44 S. Broadway, Suite 301 | White Plains, NY 10601 O: 914.328.8104 | F: 914.315.7195 From: Randi [mailto:rwik16@yahoo.com] Sent: Friday, May 23, 2014 2:16 PM To: Sandra Manzella Subject: Re: RE: Question about bills My husband was under the impression that USAA covers $30,000 of the medical bills s this not correct? Randi Sent from Yahoo Mail on Android

-Sandra Manzella (05/23/2014 2:25 PM)

Email fr Member - Med bills

From: Sandra Manzella Sent: Friday, May 23, 2014 2:14 PM To: 'rwik16@yahoo.com' Subject: RE: Question about bills There is no need to send the bills to USAA. I will be processing the payments shortly and advising you when the Medical Payment coverage is exhausted. After that, your personal health insurance should pick up the remaining medical bills. USAA is not obligated to pay your bills as you treat, unless they have advised you otherwise. I hope this information answers your question, but please contact me with any concerns. Best regards, Sandy Sandra Manzella AIC Claims Analyst 44 S. Broadway, Suite 301 | White Plains, NY 10601 O: 914.328.8104 | F: 914.315.7195 From: rwik16@yahoo.com [mailto:rwik16@yahoo.com] Sent: Friday, May 23, 2014 11:50 AM To: Sandra Manzella Subject: Question about bills Hi Sandra, The medical bills that you got from Mayo for us so far .. do we need to send them to USAA or do you do that? Because I had Mayo send the bills to you we do not have them to send to

User: Olivia Rivera

07/31/2017 5:07 PM

Wikler/PURE 000051
Tyson & Mendes, LLP

UIMBI for ID-Louis Wikler, 59 year old married male. No attorney repp at this time.

DOL is 4/14/2014

CC tendered their BI limits of 15/30 to Mr. Wikler

**MEDICAL TREATMENT**

**Mayo Clinic ER, Dr. Judson   4/14/2014**
Goes into the ER with c/o chest to left side & left hand redness. ER notes smoke tobacco occasionally. Exam of the left side of chest measures pain.
X-rays of the chest were NEGATIVE for any fractures.
INITIAL DIAGNOSIS:
-Contusion of chest wall & hand irritation
The ER prescribes meds (Oxycodone & Ibuprofen) & he is discharged.

**Mayo Clinic, Dr. Swarna Chaliki, Internist (referred by ER clinic) 4/28/2014 = 1 visit**
Goes in for exam of the left forearm discomfort & left sided chest pain.
The MD noted that it could be a left rib fracture vs. a contusion.
The MD offered another rib X-ray but he declined. There are no ecchymosis or other symptons or signs of abdominal trauma.
DIAGNOSIS:
-Lateral epicondylitis (tennis elbow)
-Left sided chest wall discomfort

**Mayo Clinic, Dr. Patrick Barr, Internist 5/23/2014 = 1 visit**
The clmt comes in 5 weeks post mva where he had several "broken" ribs. He was also diagnosed with tennis elbow & given Advil for 5 days. He feels better but once he stops taking the Advil, the pain returns. He is now c/o left thumb pain.
DIAGNOSIS:
-Cont'd left lateral epicondylitis
-Left traumatic injury to thumb
Hand X-rays were done, but there are no notes on the results of the X-rays

**Mayo Clinic, Dr. Bruce Kimbel, Internist 9/04/2014 = 1 visit**
F/u visit to left chest wall & left arm pain.
A review of the X-rays done on 5/23/14 showed soft tissue swelling near the thumb.
Rib pain has begun to improve but had lingered for some time.
Normal ROM in left wrist & left elbow.
DIAGNOSIS:
-Slow recovery from MVA

### MEDICAL TREATMENT HISTORY

| | |
|---|---|
| ER, Dr. Judson | 4/14/2014 |
| Dr. Swarna Chaliki, Internist | 4/28/2014 = 1 visit |
| Dr. Patrick Barr, Internist | 5/23/2014 = 1 visit |
| Dr. Bruce Kimbel, Internist | 9/04/2014 = 1 visit |

STRONG POINTS:
-No objective testing which actually documents any fractures
-Not much treatment, only saw an internist. No PT

WEAK POINTS:
-heavy impact to the IV's left side
-C/O pain is consistent with the impact to the IV
-He had to take care of his wife who sustained more significant injury & he was not able to rest or get any add'l treatment as his focus was on her.
-Loss of enjoyment on their cruise

### LOSS OF PLEASURE ON CRUISE

1) Cruise to Tahiti from 6/19/14 – 6/27/14. Was booked on 3/21/2014
   Cost $9,646.00
2) Seadream Yacht Club Cruise 2/28/2015 – 3/7/2015. Was booked on 11/21/2014
   Cost $7K
3) Both cruises had stops in various islands that Mrs. Randi Wikler could not disembark or used a wheelchair.

Settlement Range:
-Undocumented several fractured ribs
-Left hand & thumb contusion
-Loss of enjoyment on 2 cruises totaling $17K in costs
 See Full Value of $30K less underlying of $15K, see value up to $15K

Wikler/PURE 001350
Tyson & Mendes, LLP

UIM for IVP-Randi Wikler, 54 year old married female. No attorney representation at this time. DOL 4/14/2014

### MEDICAL HISTORY OF TREATMENT

**ER, Mayo Clinic Hospital, 4/14/2014;**
Arrives at ER with c/o pain to left foot. Left foot is swollen. An X-ray was ordered & it showed a small cortical avulsion fracture along the dorsum of the navicular & neck. The X-ray also showed a well corticated ossification fragment along posterior aspect of the calcaneus may represent an "old" enthesophyte fracture.
ER placed her on a short leg splint & crutches. She was prescribed Oxycodone for pain. She is to f/u with an Ortho.
INITIAL DIAGNOSIS:
-Closed fracture of the foot.

**ER, Mayo Clinic Hospital, 4/15/2014;**
The IVP comes back to the ER with c/o abdominal pain. She denies chest pain. Several diagnostic testing was done on her abdomen which were negative for any abnormalities. She was given some meds which seemed to relieve the pain.
INITIAL DIAGNOSIS:
-Abdominal trauma from MVA – resolving
-Mild transaminitis (**Transaminitis is the elevation of transaminases in the liver, most commonly alanine transaminase and asperate transaminase.** This condition is often discovered in asymptomatic patients in primary care). Liver injury.
She was discharged in stable condition.

**Dr. Whited, Internist (PCP) 4/18/2014 – 8/26/2016 = 3 visits**
4/18/14, Dr. Whited had reviewed her the notes from the ER. She noted that IVP had a left foot fracture & the she may had sustained mild injury to her liver as her enzymes were elevated.
Dr. Whited noted that not only does she have left foot navicular & cuneiform fracture, she also has left ankle medial malleolus fracture. She was seen by an Ortho early that morning. She was placed in an aircast boot & be totally non weight bearing.
INITIAL DIAGNOSIS:
-Transaminitis probably secondary to mild liver injury from trauma during mva. The enzymes are trending down which is a good sign.
-foot & ankle fractures. She is to be out of work for 6 weeks & may return on or about 6/2/14.

10/6/2015, f/u visit on lab tests. MD noted a little low on Vitamin D.
Prior Med History:
-Perimenopausal
-History of dyspnea on excertion
-Seasonal allergies
-Foot & ankle fractures, left lower extremity
-Posterior tibialis tendinitis, left
There were no notes on any c/o pain to her ankle or foot at this visit.

Wikler/PURE 002618
Tyson & Mendes, LLP

8/26/2016, annual visit. MD did note that she had 3 issues going on:
1)fractured left ankle. MD noted the ankle healed but has had continued pain on any weight bearing. She saw Dr. Graves & she underwent surgery for revision of a misplaced tendon in June '16. She has had pretty good outcome so far. She is still using a crutch. She is going to PT and has not returned to work yet.
2)F/U on Mamo which was normal
3)Hearing loss
DIAGNOSIS:
-Status post left ankle fracture w/ recent revision surgery by Dr. Graves. Seems to have good recovery.

**Dr. Barker, Ortho-Surgeon (Referred by ER) 4/18/2014 – 4/15/2015 = 8 visits**
4/18/2014, Initial visit. The MD had reviewed the X-rays & noted that there was also a non displaced fracture thru medial malleolus.

The MD noted that she is to be non-weight bearing for 6 weeks. The member did advise that they had some trips planned, but the MD had advised that they can still go on the trips but she will not be able to do much walking.
INITIAL DIAGNOSIS:
-Left foot navicular & cuneiform fracture (Cuboid fractures are frequently associated with other fractures, dislocations, or ligament injuries and may result in considerable long-term disability. Particularly in high-energy trauma (eg, motor vehicle collision), cuboid fractures may occur in association with several additional tarsal fractures, and complex articular dislocations) They are rare. Bone is located on top of foot by the ankle.
-Left ankle medial malleolus fracture (ANKLE FRACTURE)
She is to f/u in 2-3 weeks.

6/5/2014, f/u visit. The MD had x-rays done which showed overall satisfactory alignment & progressive healing. She was transitioned to air stir up brace for weight bearing as tolerated in a boot.

7/2/2014, F/U visit. MD notes that about 4 or 5 in afternoon, she is experiencing a lot of pain. MD can palpate her ankle with minimal discomfort. Her ankles moves freely with active & passive ROM. X-ray shows fracture fragments in overall satisfactory alignment. She does have disuse osteopenia present (Reduced bone mass).
She has been treating with a physiotherapist which seems to help. The IVP is eager to get back to hiking & other activities. The MD cautioned her to use pain as her guide as to what she can tolerate.

2/03/2015, f/u visit for persistent left foot pain. The MD had reviewed her PT notes and shows that IVP was able to hike for 2 miles in boots and a pole. But the IVP stated that she could but there was a lot of pain. She is not able to do a toe raise.
The MD recommended her to be placed back into a boot. She may have posterior tibial tendon dysfunction on top of her original injury. MD recommends an MRI of left foot.

2/06/2015, f/u visit on MRI. IVP stated she feels significantly better in a boot. MD reviewed her MRI of left foot & shows tenosynovitis of her posterior tibial tendon, her anterior tibial tendon & a split tear of her peroneal tendon. She also has tarsal coalition.
The MD recommended to place her in a cast in a non weight bearing fashion for 4 weeks. The member stated that they have a cruise coming up & prefers the boot.

3/18/2015, f/u visit. MD decides to keep her out of work to be completely non weight bearing for 4 weeks. She still has pain to posterior tibial tendinitis.
MD gave a referral for acupuncture and PM&R.
(MD did provide a note to be off work until 4/15/15)

4/15/2015, f/u for left posterior tibial tendonitis. Advised that she has been wearing the boot and making little progress. MD noted that he is running out of options. He is hopeful that the injection with Dr. Ganter will help. MD also referred her to Dr. Claridge for eval & possible surgical intervention.

**Mayo Clinic, Physical Therapy (referred by Dr. Barker) 6/6/2014 – 12/30/2014 = 53 visits**
Reviewed the PT notes & shows that she is having some improvement, but there is constant feeling of instability & pain at end of the day.
In 8/5/2014, she told PT that she is progressing exercises at the gym. She wore orthotics for 1 hour in her tennis shoes.
8/7/2014, PT notes gait pattern approaching normal.
8/21/2014, PT notes that she returned to work & this was the 3rd full 8 hour work day. She is extremely fatigued & very unstable. She needed help at work carrying the specimen trays.
Throughout all the PT notes, the IVP would have some improvement, but the pain remained constant as well as the left foot weakness & instability.
She is not able to descend stairs.
9/30/2014 PT noted that she was able to hike 1.3 miles.
But still has weakness. Her gait is improving.
12/30/2014, PT notes muscle weakness, abnormal gait, pain in ankle & foot & stiffness in lower leg. PT notes that she had been seen 53 times & required PT intervention to progress with her gait & ROM. She was walking on a rigid foot & now has a pliable foot. She has NOT regained her left ankle stability due to prolonger inactivity & the resultant atrophy. She does have good potential to regain her left ankle stability. She was then discharged but with a prescription for FES to promote her to push off of the left foot.

**Matthew Butters, Acupuncture (referred by Dr. Barker) 3/25/2015 - 4/14/2015 = 4 visit**
3/25/15, initial visit for left leg & ankle pain. MD noted that she is in a CAST BOOT & non weight bearing for the next 4 weeks.
DIAGNOSIS:
-Chronic left leg left medial leg & ankle pain with posterior tibial tenosynovitis. MD did discuss acupuncture & Clmt agreed to undergo.

4/14/15, MD notes that clmt states she feels best the day after acupuncture but the pain comes back. Acup noted that she had some mild improvement. The IVP had been doing some research & inquired PRP injections.

**Mayo Clinic, Dr. Ganter, PM&R (referred by Dr. Butters) 4/28/2015 = 1 visit**
Initial visit for left posterior tibial tendonitis. Clmt gives him history of MVA. She did PT from July to Dec '14. She developed increasing pain at left medial tibial leg & ankle. She has been followed by Dr. Claridge. She had fracture of medial malleolus. She had X-rays on Feb '15 of her foot & ankle that revealed a healed avulsion fraction of dorsal navicular bone & talar neck. She does have plantar calcaneal enthesophytes **(When a foot bone is exposed to constant stress, calcium deposits build up on the bottom of the heel bone. BONE SPUR)**. She had an MRI of her ankle on 2/5/15 which showed mild tenosynovitis of the distal posterior tibial near insertion site. She has calcaneal navicular collation, likely cartilaginous. She has a split tear of peroneus brevis tendon below the level of lateral malleolus, mild tenosynovitis of posterior tibial tendon & poorly visualized anterior talofib & complete tear of calcaneal fibular ligament.
When she saw Dr. Claridge after the MRI, they recommended casting or walking boot. She did acupuncture with little improvement.
DIAGNOSIS:
Chronic right medial ankle, foot
MD did discuss a treatment called PRP. Not much is known about it. The clmt is going to discuss with Dr. Claridge.

**Ortho Arizona Foot & Ankle Center, Dr. Cory, Ortho-Surgeon 4/29/2015 – 3/22/2016 = 8 visits**
4/29/15, initial visit. MD notes 55 year old female with c/o left foot pain. Pain is aching & mild to moderate which impacts her ability to walk. The problem was first noticed 2 weeks prior & associated with tendonitis. The tendonitis is persistent since the MVA.
MD does note mild swelling.
A review of an MRI done at Mayo Clinic revealed tendinitis of posterior tibial tendon mild serendipitous findings of a split tear peroneus brevis tendon **(The Peroneus Brevis tendon inserts into the 5th matatarsal bone on the outside of the foot. A strain or rupture of the tendon can occur at the point of insertion. No surgery is noted, rest, ice & anti-inflamms)**
Treatment plan notes are missing.
MD completed a do not return work form good until 5/28/15

5/27/15, f/u visit. Based on the notes, it appears that MD recommended PT treatment. She comes in today stating that her pain is 50% improved.
INITIAL DIAGNOSIS:
Pain in joint foot/ankle
Posterior tibial tendinits
MD recommends to continue therapy and she can now do some weight bearing activities.
MD completed a do not return work form good until 6/10/2015.

12/1/15, f/u visit to MD. MD notes that clmt feels she is 75% improved. The pain is now described as dull. She continues to weight bearing activities. She is to return as needed.
She still struggles with pain at end of the long day standing though.

3/17/2016, pain is dull in nature & mild intensity impacts the patient's ability to walk.

Wikler/PURE 002621
Tyson & Mendes, LLP

3/22/2016, Clmt goes in for review of MRI of left ankle – MD recommended a subtalar fusion as a permanent solution to the subtalar arthritic pain.

**Center for Athletic Performance, PT (referred by Dr. Cory) 5/1/2015 – 10/27/2015 = 61 visits**
5/26/2015, PT notes that Clmt states she is feeling better & significant decrease in pain. But still has tightness. PT notes she is limited in ROM, strength & flexibility.

10/15/2015, PT notes that Clmt is 75% improved, but the improvements have been minimal. The PT bills from 5/1/15 – 9/29/15 come to $14,456.58

**Acadia Ortho, Dr. Graves, Ortho-Surgeon 4/14/2016 – 3/23/2017 = 12 Visits**
4/14/16, initial visit with c/o left ankle pain. She came for a 2nd opinion. The MD reviewed the prior x-rays & MRI's. In regards to recent MRI done on her ankle, it shows calcaneonavicular coalition that is fibrous. She has mild arthritic changes at dorsum of talonavicular joint. MD did note she has FLAT FEET.
DIAGNOSIS:
- calcaneonavicular tarsal coalition left
- Accessory navicular
(A tarsal coalition is problem of the back part of the foot (just below the ankle joint) where the normal motion is absent, locked or reduced. This occurs because the bones of the back part of the foot, herein called the rearfoot, are fused together. This is mainly an inherited genetic condition that is most commonly first identified in teen-age children.

Coalitions are classified based on the type of tissue that binds the bones together (fibrous/scar tissue, or osseous/bone), and the bones that are involved (talocalcaneal, calcaneonavicular, talonavicular).

## (What Are The Symptoms Of Tarsal Coalition

People with tarsal coalitions may have foot pain. The pain can be localized to the back part of the foot, or be more widespread throughout the entire foot. Muscle spasms are commonly associated. Coalitions often cause a rigid flat foot, and that can be a tremendous source of arch pain and fatigue. A severe flat foot may push the heel bone into the ankle bone, and irritate tendons on the outside of the foot. Additionally, coalitions can produce arthritis in the back part of the foot, resulting in achy pains.

## Causes of Tarsal Coalition

Genetics is the most likely cause for tarsal coalitions. While they can be present at birth, they don't manifest for a dozen years until the bones solidify. Injury can also cause coalitions of the rearfoot.)

The MD noted that the MVA AGGRAVATED THIS UNDERLYING CONGENITAL PROBLEM. MD noted that Clmt had functioned well w/o symptons up until the MVA. The MD noted the best option is to debride and excise the tarsal coalition. It will require an overnight stay @ hospital. It will require

Wikler/PURE 002622
Tyson & Mendes, LLP

non weight bearing for up to 6 weeks and casted for up to 10 weeks. She will need to do PT for 6 weeks. She will not be able to stand for 12 weeks.

**6/01/2016, OPERATIVE REPORT:**
Preoperative report –
-calcaneonavicular tarsal coalition
-Mild degenerative changes of calcaneocuboid & talonavicular joints

Post Operative Diagnosis:
-Calcaneonavicular tarsal coalition
-Mild degenerative changes of calcaneocuboid & talonavicular joints
-Accessory navicular with insertional posterior tibial tendon deficiency medial foot

Procedures:
-Open capusolotomy extensive lateral hindfoot
-Excision of talocalcaneal tarsal coalition with removal of extensive bone calcaneus & navicular with debridement talonavicular & calcaneocuboid joints.
-Capsulotomy & debridement subtalar joint with removal of bone & impingement anterolateral sinus tarsi.
-Tenolysis & synovectomy peroneal tendons
-Open excision of accessory navicular medial foot, separate procedure
-Tendon reconstruction, insertion posterior tibial tendon using Mitek Suture Anchors
-Transfer of extensor retinaculum into sinus tarsi using Mitek suture anchors.

6/7/16, f/u visit. MD notes incisions are healing well. Clmt is feeling less pain with motion of her ankle and hindfoot. She is in cast boot.

6/21/16, f/u visit. Sutures were removed. MD noted that she may go SWIMMING if she desires to. She is to be non weight bearing for 6 weeks.

7/12/16, f/u visit. MD notes that Clmt will ALWAYS have some stiffness due to long term tarsal coalition that she had between her calcaneus & navicular. She will NEVER have normal motion but hope to have less pain. MD notes that she will begin PT soon.

8/9/16, MD does not she had SEVERE Tarsal Coalition. She still has significant stiffness that she has had for 56 YEARS. She is now out of the cast & in airboot. She is using a crutch. Not able to return to work as of yet. MD noted that he is hopeful she improves & avoids arthrodesis (surgical immobilization of a joint by fusion of the adjacent bones).

9/6/16, again MD notes that she had not had much subtalar motion for MANY YEARS because of the coalition & recent MVA. MD noted Clmt has had significant stiffness for many years & will always have stiffness permanently. Pain is improving.

10/4/16, MD notes dramatic improvement. He released her to go back to work for 4 hours per day for 5 days a week. She may stand for 30-45 minutes per hour & sit for 15.

Wikler/PURE 002623
Tyson & Mendes, LLP

11/7/16, MD notes that she may return to work working 8 hours per day 5 days a week. MD notes she is getting better.

12/15/16, MD notes Clmt continues to hurt hindfoot joints. She is gaining very little motion. Prior to MVA, she was fine but after she has had pain. MD noted that she damaged her joints & tarsal condition. MD had removed the tarsal coalition & she had improved some, but she has difficulty worse with weight bearing.  MD noted that she is not able to work full time, not standing anyway. MD noted that it would be best for her to be sedentary work capacity. Clmt told that she must either return to work standing full time or go on disability.
MD noted that she may never be able to go back to standing all day for work. MD also noted that she may require a fusion of her hind foot joints. This would involve a triple arthrodesis and ankle fusion.
1/26/17, Clmt advises MD she is on long term disability.

3/23/2017, last noted visit to MD. MD notes she continues to have pain & discomfort in her "damaged" hind foot joint which became worse after the MVA. MD noted she can walk approx. 1 mile & next day have significant pain. She used to hike 6-8 miles prior. MD noted even with triple arthrodesis & solid fusion, she will never be completely normal. She will always have some issues on uneven surfaces & doubt that she will return to significant hiking. MD noted that he will give her 3 more months & if she has not significantly improved, then she will go for another surgery.

**Center for Athletic Performance, Physical Therapy (referred by Dr. Graves) 7/13/2016 – 12/1/2016 = 47 visits**
Reviewed the PT notes & they all focus on the ankle/foot. Noted mild improvement & ROM.
The total PT bills amounted to $11,345.00

<div align="center">

**DIAGNOSTIC TESTING**

</div>

The Mayo Clinic Emergency:
1) 4/14/2014, X-Ray of left foot:
Small cortical avulsion fractures along dorsum of the navicular & neck of the talus.
The ankle mortise is intact. Well corticated ossification fragment along the posterior aspect of the calcaneus may represent an old enthesophyte fracture. Small plantar calcaneal enthesophyte.

2) 4/15/2014, X-ray of chest:
Normal. Old bone infarct in the proximal left humerus is unchanged from 9/19/2012.

Cat Scan of abdomen:
No elongated linear hypodensities involving the solid upper abdominal organs to suggest laceration. Normal otherwise.

CT exam of abdomen:
Mild fatty infiltration of the liver. Mild prominence to the common bile duct & proximal intrahepatic ducts is similar to CT scan. Common bile duct is 8 mm. This may be due to postcholecystectomy (removal of gall bladder).

Mayo Clinic, Referring MD is PA Barker:
1)5/2/2014, X-ray of left foot/ankle:
Near complete healing of the small cortical avulsion fractures at the dorsal aspect of the navicular bone & neck of talus.

2)2/03/2015, X-ray of left foot:
No acute fracture or dislocation. Osteopenia. Healed avulsion fractures of the dorsal navicular bone & talar neck. Calcaneonavicular coaltion, stable. Plantar calcaneal enthesophyte & likely fractured dorsal calcaneal enthesophyte, unchanged.

3)2/05/2015, MRI of left lower extremity/ankle:
No bone contusion, acute fracture or osteonecrosis. Healed avulsion fractures of the dorsal navicular bone & talar neck.
Mild degenerative changes of the tibiotalar joint with small effusion.
Ligaments – poorly seen, likely torn. Complete tear of the calcaneofibular ligament.
Tendons – flattening of distal peroneus brevis tendon w/ a split tear below the level of lateral mallelus. Mild tenosynovitis of the distal posterior tibialis tendon at its insertion sites. Mild tenosynovitis of the distal anterior tibialis tendon.

Referring MD Dr. Claridge:
1)6/05/2014, X-ray of foot:
Continued healing of small avulsion fractures dorsal osteophytic navicular & talar neck. No new fractures. Mild foot DJD. Disuse osteopenia. Plantar calcaneal enthesophyte & likely fractured dorsal calcaneal enthesophyte, unchanged. Soft tissue swelling resolved.

2)7/02/2014, X-ray of left foot:
Healed small avulsion fractures dorsal osteophytic navicular & talar neck. Interval increase in now prominent diffuse osteopenia of the ankle & foot. . Plantar calcaneal enthesophyte & likely fractured dorsal calcaneal enthesophyte, unchanged.

Simon Med, Dr. Cory, 3/18/2016 MRI of Lower extremity left:
-Subtle bone marrow edema in lateral aspect of calcaneal body may be sequel of old injury or stress.
-Intact posterior tibial tendon, no significant thickening or signal alteration
-Findings most likely reflect a fibrous calcaneonavicular coalition with associated bone marrow edema.

## LOSS OF PLEASURE ON CRUISE
1) Cruise to Tahiti from 6/19/14 – 6/27/14. Was booked on 3/21/2014
   Cost $9,646.00
2) Seadream Yacht Club Cruise 2/28/2015 – 3/7/2015. Was booked on 11/21/2014
   Cost $7K
Both cruises had stops in various islands that Mrs. Randi Wikler could not disembark or used a wheelchair

Wikler/PURE 002625
Tyson & Mendes, LLP

### HISTORY OF VISITS

| | |
|---|---|
| Mayo Clinic ER | 4/14/14 |
| Mayo Clinic ER | 4/15/14 |
| Dr. Whited, Internist | 4/18/2014 – 8/26/2016 = 3 visits |
| Dr. Barker, Ortho-Surgeon | 4/18/2014 – 4/15/2015 = 8 visits |
| Mayo Clinic, PT (referred by Dr. Barker) | 6/6/2014 – 12/30/2014 = 53 visits |
| Matthew Butters, Acupuncture | 3/25/2015 - 4/14/2015 = 4 visit |
| Mayo Clinic, Dr. Ganter, PM&R | 4/28/2015 = 1 visit |
| Dr. Cory, Ortho-Surgeon | 4/29/2015 – 3/22/2016 = 8 visits |
| PT referred by Dr. Cory | 5/1/2015 – 10/27/2015 = 53 visits |
| Dr. Graves, Ortho-Surgeon | 4/14/2016 – 3/23/2017 = 12 Visits |
| PT (referred by Dr. Graves) | 7/13/2016 – 12/1/2016 = 47 visits |

### PRIORS

Mayo Clinic notes
Dr. Whited, 10/6/2006, Clmt goes in with LEFT FOREFOOT discomfort over past several months. She has flat feet.

**The Foot and Ankle Clinic, Dr. Kenrich, (referred by Dr. Whited) 11/9/2006 - 11/22/2006:**
11/9/06, initial visit. Clmt c/o plantar left forefoot pain for approx. 1 year. The pain changes depending on the weight bearing. The pain improves when she is off her feet. She works at lab tech & stands for 10 hours a day. Lately, she is noticing a different pain more proximally along the anterior lower leg. No swelling. She has been told of flat feet but she has NEVER worn extra arch support shoes. MD notes ROM for ankle are symmetrical w/o pain. There is tenderness with ROM of left 2$^{nd}$ & 3$^{rd}$ MTP in dorsal flexion & plantar Flexion. There is mild calcaneal eversion.
DIAGNOSIS:
-MTP Synovitis
-Overuse syndrome
MD recommends orthotics

11/22/06, F/u visit for scheduled workup for ORTHOTICS for her shoes.

2/1/2012, f/u for new orthotics. Clmt states she is on her feet 10 hours a day and has tenderness along plantar medial arch. The old orthotics did relieve much of her foot pain. MD ordered new orthotics with better support for metatarsals.

Dr. Heather Fields,1/22/2014, Clmt was stocking some sliding shelves when another worker attempted to attain a reagent from another shelf. The shelf slid onto the Clmt's back. She felt pain to lower portion of her back down. X-rays were ordered to r/o fractures.
DIAGNOSIS:
-Acute lower back pain and left hip pain. She was advised to NOT to go to work tomorrow.

Mayo Clinic, PT 2/3/14 – 3/10/14 = 8 visits:
Reviewed the PT notes and there is no mention of any c/o pain to her foot. The PT focused on back pain.
It did note poor posture, mildy obese & poor abdominal muscles.

Dr. Whited, 2/10/14 noted that she is still experiencing pain and was given several days off of work. She was instructed to do PT. Review of X-Rays ruled out any fractures. MD wrote a work release to return to work on 2/24/2014 and referral to Occupational Therapy.

Mayo Clinic Emergency visit – 2/21/2014
The Clmt goes to ER stating she has had long history of benign positional vertigo. She had vertigo today. The Physical Therapist she has been treating with had her do some exercises which resulted in her getting lightheaded & passing out.
She was diagnosed with vertigo & admitted for overnight observation.
She was discharged on 2/22/14 & instructed to f/u with Dr. Whited.

Dr. Whited 2/25/2014, f/u to clmt passing out. She feels 90% better. The dizziness is much better and her back pain is much better. She went back to work yesterday, 2/24/14. She was able to work her entire shift.

## LOSS WAGES

Rec'd ltr from May Clinic that they are not able to list the reason for the absences. They are only able to show when she was absent.
The Time Detail sheet shows that Randi Wikler had been terminated as of 1/11/2017. She was employed by them from 4/15/2009 to 10/5/2016.
It shows that her regular pay was $31.52 per hour @ 20 hours per week, bi-weekly = $630.04 per week. 52 weeks = $32,780.80. Noted that she is on long term disability. It is unknown what the disability amount is.

## SPECIALS

Blue Cross / Blue Shield has paid $396,034 for DOS to 11/20/2015.
Prime Therapeutics has billed $3,021.67
Total amount billed is $399,056.00

STRONG POINTS:
-There are notations of her seeing a foot doctor prior to MVA where she was being fitted for Orthotics due to ongoing discomfort.
-Dr. Graves notes MVA AGGRAVATED THIS UNDERLYING CONGENITAL PROBLEM
-Dr. Graves also notes that she has been having stiffness for many years

WEAK POINTS:
-heavy impact to the IV's left side
-C/O pain is consistent with the impact to the IV
-Slow recovery of ankle fracture
-Loss of enjoyment on their cruise
-Did a lot of PT but not much improvement until switched ortho's
-Had surgery to repair an underlying congenital condition. MD notes that it worsened due to MVA
-As of last visit to Dr. Graves, she may need 2nd surgery if pain persists.
-She is no longer employed, but is now on long term disability.
-3 years, still symptomatic, may need another surgery. Future pain & suffering.

**SETTLEMENT RANGE:**
**-2 Fractures in ankle with no surgery, up to 2 years of treatment, see up to $50K**
In Cast & wheelchair for 3 months, $5K per month = $15K
In Air boot for 2 months, $3K per month = $6K
Back in Air boot for 2 months, $3K per month = $6K
**-Surgery to left ankle to repair underlying congenital problem aggravated by MVA diagnosed 10 months post MVA, $25K**
**-Factor in loss of enjoyment on cruises, cost for both is just under $17K.**
**-Loss of work & wages, but is on disability. Would work likely to age 65. 11 years @ $32,780.80 = $360,588.08.**

FULL VALUE $92K, less underlying of $15K, see up to $77K to resolve

In AZ, must include the meds which total $399K w/o surgery, but there is no lien at this time

See settlement value up to $100K

Wikier/PURE 002628
Tyson & Mendes, LLP



**pure**

May 2, 2017

Louis Wikler and Randi Wikler
24795 N 119th Pl
Scottsdale, AZ 85255

Our Claim Number: AZ-001-068
Date of loss: 4/14/2014
Location of loss: Mesa, AZ

Dear Mr. & Mrs. Wikler,

Thank you for your email dated April 30, 2017.   Please be advised that my settlement offer
was made in good faith based upon the medical information that was submitted to me.

Dr. Graves diagnosed Mrs. Wikler with calcaneonavicular tarsal coalition to the left foot. He
further noted that this is an underlying congenital problem.  Dr. Graves mentioned in his report
dated August 9, 2016 the left foot had severe tarsal coalition and Mrs.  Wikler has experienced
significant stiffness for 56 years.

Mr. Wikler's injury was evaluated based upon the notes by the Mayo Clinic.   Dr. Judson noted
on April 14, 2014 that x-rays would be ordered for complaints of chest pain.   The x-rays were
noted as negative for any fractures. Mr. Wikler was diagnosed with a contusion to the chest
wall and hand irritation. There was no physical therapy treatment noted.

As per our conversation on Friday, April 28, 2017, I had extended a global offer to settle your
Underinsured Motorist claims in the amount of $77,500.00 based on the medical records
received to date.

Please find the enclosed Release and Trust Agreement for the above amount. Please sign and
complete the release. Upon receipt of the release, I shall then issue the appropriate payment.

44 South Broadway, Suite 301 White Plains, NY 10601  Tel. 866 813.PURE (7873) Fax: 914.328.8983 | pureinsurance.com

PURE is the trademark of Privilege Underwriters Reciprocal Exchange.  PURE Risk Management, LLC is attorney in fact

Wikler/PURE 002629
Tyson & Mendes, LLP



May 2, 2017


Louis Wikler and Randi Wikler
24795 N 119th Pl
Scottsdale, AZ 85255


Our Claim Number: AZ-001-068
Date of loss: 4/14/2014
Location of loss: Mesa, AZ


Dear Mr. & Mrs. Wikler,

Thank you for your email dated April 30, 2017.    Please be advised that my settlement offer
was made in good faith based upon the medical information that was submitted to me.

Dr. Graves diagnosed Mrs. Wikler with calcaneonavicular tarsal coalition to the left foot. He
further noted that this is an underlying congenital problem.  Dr. Graves mentioned in his report
dated August 9, 2016 the left foot had severe tarsal coalition and Mrs.  Wikler has experienced
significant stiffness for 56 years.

Mr. Wikler's injury was evaluated based upon the notes by the Mayo Clinic.   Dr. Judson noted
on April 14, 2014 that x-rays would be ordered for complaints of chest pain.   The x-rays were
noted as negative for any fractures. Mr. Wikler was diagnosed with a contusion to the chest
wall and hand irritation. There was no physical therapy treatment noted.

As per our conversation on Friday, April 28, 2017, I had extended a global offer to settle your
Underinsured Motorist claims in the amount of $77,500.00 based on the medical records
received to date.

Please find the enclosed Release and Trust Agreement for the above amount. Please sign and
complete the release. Upon receipt of the release, I shall then issue the appropriate payment.

Wikler/PURE 002630
Tyson & Mendes, LLP



If you should have any questions, please feel free to contact me at the number listed below. I may be contacted Monday – Friday, 8:30am – 4:30pm, EST.

Sincerely,

*Sandra Manzella*

Sandra Manzella CPCU AIC
Claims Analyst
Direct # 914-328-8104
Fax # 914-315-7195
Email: smanzella@pureinsurance.com

Wikler/PURE 002631
Tyson & Mendes, LLP



**RELEASE AND TRUST AGREEMENT**

Claim Number: ___AZ-001-068_____
Policy Number: ___PA004816803_____

Received from __Privilege Underwriters Reciprocal Exchange ("PURE")__, (hereinafter referred to as "the Company") the sum of __**Seventy Seven Thousand Five Hundred_00/100_____** **Dollars ($77,500.00)** in full settlement and final discharge of all claims, including claims under the above-numered policy, for bodily injuries to _____ arising out of the ownership, operation, maintenance or use of a _____ automobile by _____ that occurred on or about 4/14/2014_____ (date), at or near __Main Street in Mesa, AZ_____(location of loss).

For the consideration aforesaid, and to the extent of any payment made hereunder, the undersigned agrees to hold in trust the benefit of the Company all rights of recovery which he, she, they or it shall have against any person or organization legally liable for such bodily injuries, and assigns to the Company the proceeds of any settlement with or judgement against any such person or organization.

The Company is authorized to take any action which may be necessary eother in law or equity in the name of the undersigned against any such person or organization, and the undersigned covenants and agress to cooperate fully with the Company in the presentation of such claims or lawsuits and to furnish all papers and documents necessary in such proceedings and the attend and testify in court if the Company deems such to be necessary.

The undersigned further warrant(s) that he, she, they or it has/have made no settlement with, given any release to prosecuted to judgment any claim against any person or organization legally liable for such bodily injuries and that no such settlement will be made, no such release will be given, and no such claim will be prosecuted to judgment without the prior written consent of the Company.

THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

_____          _____
Signature            Date                  Witness Signature            Date


_____          _____
Signature            Date                  Witness Signature            Date


*Notary Required.*

Wikler/PURE 002632
Tyson & Mendes, LLP



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT L



Jonathan V. O'Steen, Esq. – State Bar #024043
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona  85013-3424
(602) 252-8888
(602) 274-1209 FAX
josteen@vanosteen.com

Richard A. Dillenburg, Esq. – State Bar #013813
**RICHARD A. DILLENBURG, P.C.**
2173 E. Warner Rd., Suite 101
Tempe, Arizona  85284-3503
(480) 668-1924
(480) 831-7438 FAX
rich@dillenburglaw.com
**Attorneys for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Wikler and Randi Wikler, husband and wife,<br><br>                    Plaintiffs,<br><br>v.<br><br>Privilege Underwriters Reciprocal Exchange, an unincorporated association, d/b/a/ PURE Insurance; Privilege Underwriters, Inc., a Delaware corporation;<br><br>                    Defendants. | NO. CV-17-02664-PHX-GMS<br><br>**PLAINTIFFS' THIRTY-FOURTH SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS**<br><br>(Assigned to the Honorable G. Murray Snow) |

Plaintiffs, by and through undersigned counsel, hereby provide their *Thirty-Fourth Supplemental Responses to Mandatory Initial Discovery Requests* pursuant



damages also are appropriate when there is "[d]eliberate, overt and dishonest dealings" and other conduct "sufficiently oppressive, outrageous or intolerable."  See Hawkins v. Allstate Ins. Co., 152 Ariz. 490, 497, 733 P.2d 1073, 1080 (Ariz. 1987).

**5. Provide a computation of each category of damages claimed by you, and a description of the documents or other evidentiary material on which it is based, including materials bearing on the nature and extent of the injuries suffered.**

**RANDI WIKLER**

**UNDERINSURED MOTORIST DAMAGES**

A. Damages in a reasonable amount for the nature, extent and duration of the injury.

B. Damages in a reasonable amount for the pain, discomfort, suffering, disability, and anxiety experienced, and reasonably probable to be experienced in the future as a result of the injury.

C. Past medical expenses for Randi Wikler in the amount of $132,816.08.

| MEDICAL PROVIDER | START DATE | DESCRIPTION | BILLING |
|---|---|---|---|
| Mayo Clinic | Apr. 14, 2014 | hospital/clinic | $37,578.35 |
| OrthoArizona | Apr. 29, 2015 | orthopedic surgeon | $1,950.00 |
| Center for Athletic Performance | May 1, 2015 | physical therapy | $25,825.10 |
| Arcadia Ortho | Apr. 14, 2016 | orthopedic surgeon | $18,838.00 |
| SimonMed | Mar. 18, 2016 | diagnostic imaging | $1,128.20 |
| Honor Health Greenbaum Surgery Center | June 1, 2016 | surgery center | $45,461.43 |
| Valley Anesthesiology Consultants | June 1, 2016 | anesthesiology | $2,035.00 |
| **TOTAL** | | | **$132,816.08** |

D. Future medical expenses for Randi Wikler in the amount of $98,506.00–$99,831.00.

E. Damages in a reasonable amount for loss of enjoyment of life, that is, the participation in life's activities to the quality and extent normally enjoyed before the injury.

F. Lost income the amount of $70,564.48.

At the time of the collision, Randi was employed as a lab technician at Mayo Clinic and earned $31.52/hour and worked 20 hours per week.  In 2013, her gross



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT M

REVISED ARIZONA JURY INSTRUCTIONS (CIVIL), 6TH

# PERSONAL INJURY DAMAGES 1[0]
## Measure of Damages

If you find [any] [*name of defendant*] liable to [*name of plaintiff*], you must then decide the full amount of money that will reasonably and fairly compensate [*name of plaintiff*] for each of the following elements of damages proved by the evidence to have resulted from the fault of [*any*] [*name of defendant*] [party] [person]:[1]

1. The nature, extent, and duration of the injury.

2. The pain, discomfort, suffering, disability, disfigurement, and anxiety already experienced, and reasonably probable to be experienced in the future as a result of the injury.

3. Reasonable expenses of necessary medical care, treatment, and services rendered, and reasonably probable to be incurred in the future.[2]

*Continued*

---

**USE NOTE:** [1] Use the appropriate bracketed language, as follows:

1. "defendant" – One defendant, no claim of plaintiff's fault.

2. "any defendant" – More than one defendant, no claim of plaintiff's fault

3. "any party" – One or more defendants, claim of plaintiff's fault.

4. "any person" – One or more defendants, claim of non-party fault (with or without a claim of plaintiff's fault).

5. Alternatives: Any appropriate combination of the above; or, identify by name all those who might be at fault; or, simply say: ". . . resulted from any fault in the case."

**Modifications:** Depending on the evidence in the case, some of the elements in Paragraphs 2, 3, 4, 5, and 6 may be inapplicable or cumulative, and some unlisted elements may be applicable and not cumulative. Customize the instruction to fit the case.

**Property Damage Claim:** If there is a property claim, add, as the last element of the instruction: "(7) The difference in the value of the damaged property immediately before and immediately after the damage."

[2] *Lopez v. Safeway Stores, Inc.*, 212 Ariz. 198, 129 P.3d 487 (Ct. App. 2006); *Saide v. Stanton*, 135 Ariz. 76, 77, 659 P.2d 35, 36 (1983).

[3] *International Harvester Co. v. Chiarello*, 27 Ariz. App. 411 (Ct. App. 1976). *See also Kaufman v. Langhofer*, 239 Ariz. 249, 222 P.3d 272 (Ct. App. 2009) ("A cause of action for loss of consortium is also limited to spouses, parents, and children.") (citing *Barnes v. Outlaw*, 192 Ariz. 283, 286, 964 P.2d 484, 487 (1998) (spouses); *Villareal v. State Dep't of Transp.*, 160 Ariz. 474, 477, 774 P.2d 213, 216 (1989) (parents); *Frank v. Superior Court*, 150 Ariz. 228, 234, 722 P.2d 955, 961 (1986) (children)).

# PERSONAL INJURY DAMAGES 1[0]

## Measure of Damages

Continued

4. Lost earnings to date, and any decrease in earning power or capacity in the future.

5. Loss of love, care, affection, companionship, and other pleasures of the [marital] [parent-child] relationship.[3]

6. Loss of enjoyment of life, that is, the participation in life's activities to the quality and extent normally enjoyed before the injury.[4]

---

**USE NOTE:** [1] Use the appropriate bracketed language, as follows:

6. "defendant" – One defendant, no claim of plaintiff's fault.

7. "any defendant" – More than one defendant, no claim of plaintiff's fault

8. "any party" – One or more defendants, claim of plaintiff's fault.

9. "any person" – One or more defendants, claim of non-party fault (with or without a claim of plaintiff's fault).

10. Alternatives: Any appropriate combination of the above; or, identify by name all those who might be at fault; or, simply say: ". . . resulted from any fault in the case."

**Modifications:** Depending on the evidence in the case, some of the elements in Paragraphs 2, 3, 4, 5, and 6 may be inapplicable or cumulative, and some unlisted elements may be applicable and not cumulative. Customize the instruction to fit the case.

**Property Damage Claim:** If there is a property claim, add, as the last element of the instruction: "(7) The difference in the value of the damaged property immediately before and immediately after the damage."

[2] *Lopez v. Safeway Stores, Inc.,* 212 Ariz. 198, 129 P.3d 487 (Ct. App. 2006); *Saide v. Stanton,* 135 Ariz. 76, 77, 659 P.2d 35, 36 (1983).

[3] *International Harvester Co. v. Chiarello,* 27 Ariz. App. 411 (Ct. App. 1976). *See also Kaufman v. Langhofer,* 239 Ariz. 249, 222 P.3d 272 (Ct. App. 2009) ("A cause of action for loss of consortium is also limited to spouses, parents, and children.") (citing *Barnes v. Outlaw,* 192 Ariz. 283, 286, 964 P.2d 484, 487 (1998) (spouses); *Villareal v. State Dep't of Transp.,* 160 Ariz. 474, 477, 774 P.2d 213, 216 (1989) (parents); *Frank v. Superior Court,* 150 Ariz. 228, 234, 722 P.2d 955, 961 (1986) (children)).



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT N

# Stanley C. Graves, M.D.

## Board Certified Orthopedic Foot and Ankle Surgeon

May 7, 2018

Jonathan V. O'Steen
O'Steen & Harrison, PLC
300 W. Clarendon Avenue, Suite 400
Phoenix, AZ 85013

Re:    Wikler v. PURE

Dear Mr. O'Steen:

I received a note in regard to my treatment and expert opinion in regard to my patient and your client, Randi Wikler. I have received and reviewed an Independent Medical Examination authored by Dr. Gustav Armendariz, Jr. I will enclose my thoughts in the following narrative.

I first saw and evaluated Randi Wikler April 14, 2016. I was seeing her for an injury that occurred in a motor vehicle accident April 14, 2014. She described the automobile accident and her treatment prior to my seeing her. She received treatment at the Mayo Clinic and was told that she had a potential fracture. The past medical records documented by Dr. Armendariz, do describe an evulsion injury at the top of the navicular. The patient continued with pain and difficulty despite receiving care by Dr. Claridge at the Mayo Clinic. She saw Dr. John Cory. Dr. Cory diagnosed issues related to a tarsal coalition at the calcaneal navicular region, as well as accessory navicular at the insertion of the posterior tibial tendon. Dr. Cory discussed the potential for fusing the hind foot joints. At that appointment she had peroneal spasm and restricted motion in her hind foot. She was tender over the lateral part of her foot in the region of the calcaneal navicular coalition, as well as over the insertion of the posterior tibial tendon where she had an accessory navicular bone.

The MRI was reviewed and was consistent with changes in fused areas of the foot. I diagnosed her with a calcaneal navicular tarsal coalition and an accessory navicular, both painful. The patient described to me that she really had almost no symptoms or problems prior to the accident. Dr. Amendariz mentioned the patient was treated by a podiatry physician at the Mayo Clinic in November of 2006. She complained at that time of plantar left forefoot pain and was notated to have a pronated foot position. She recovered from this episode and describes to me that she was able to hike and be active and stand without any significant pain

602.667.6640   2222 E. Highland Ave.
Suite 425
scg@stanleygravesmd.com   Phoenix, AZ  85016

or difficulty with her foot or ankle for years.  This all stopped after the accident April 14, 2014.

When I saw her, the patient had had excellent care by two very good orthopedic surgeons.  We discussed the possibility of fusion but wanted to avoid fusing the joints in her hind foot.  We elected to remove the damaged accessory navicular bone, which was causing pain because of movement with activity and damage from the accident, as well as the tarsal coalition which was also loosened and damaged by the accident.  Our goal was to try and avoid fusion to relieve symptoms.  The patient healed her surgery and did physical therapy for recovery.  She continued to have stiffness and lack of motion and pain more on the lateral than medial side.  The medial discomfort was much better, but she had lateral pain.  We have treated her with good support over time until our last visit, March 30, 2018.

Throughout her care we have discussed the possibility of further surgical intervention if her symptoms justified ongoing surgical treatment.  Ongoing surgical treatment would require a fusion or arthrodesis of her talonavicular, calcaneocuboid and subtalar joints.  This is called a triple arthrodesis.  She has very little movement in her hind foot joints and this would take away even the small amount of motion in the damaged joints present.  This should significantly relieve her symptoms and pain and allow her to function better.  Her ankle and foot will always be stiff.  She was told she would not harm herself living with her condition.

Indeed, this patient's conditions that she had prior to the accident are congenital.  The accessory navicular bone is an extra bone on the medial part of the foot at the insertion of the posterior tibial tendon.  Many patients can live for years and never know they have this extra bone unless it is prominent on the medial side of their foot.  Many patients never require surgery.  Therefore, most people do not develop spontaneous pain that requires surgery.  This is certainly the case in Randi Wikler's situation.  She had lived for many years with no symptoms until the accident occurred.  The accident loosened the fibrous connection between the accessory and the main body of the navicular.  The micro motion at this area causes pain and discomfort.  She failed conservative treatment with casting and support and the treatment to remove this extra bone and reconstruct the attachment of the posterior tibial tendon.

Diagnosis of a calcaneal navicular coalition is a congenital issue also.  This is a condition where the bones of the navicular and calcaneus do not separate completely during development.  There is generally a fibrous connection between these two bones that in most people is asymptomatic as it was in Randi Wikler for many years.  An accident, at times, can loosen and cause motion at this fibrous

connection.  The pain sometimes will resolve with immobilizing the ankle, as was completed at the Mayo Clinic.  She continued to have pain related to this tarsal coalition as the accident loosened and caused more movement around the coalition.  This ultimately was treated by an excision of the coalition to try and open the area and relieve the excess stresses occurring across this fibrous connection.

Patients that have tarsal coalitions do not have normal hind foot joint function.  They have some compensation for the lack of motion and movement with extra stresses on the talonavicular, subtalar and calcaneocuboid joints.  Some patients, over years, will develop arthritic changes requiring fusion.  In Randi Wikler's case, she was asymptomatic from her condition prior to the accident.  Her problems did not start spontaneously from wear and tear.  When I first saw her, she did have wear and tear and osteoarthritis from the compensation from the tarsal coalition and her hind foot joints.  Rather than proceeding directly to a fusion as Dr. Cory had suggested, we elected to be more conservative with our surgical approach.  We excised the abnormal connection in hopes that her symptoms would improve.  She did improve to some degree, but still has ongoing pain because of the underlying arthritic changes in her hind foot joints.  These changes, as well as the coalition were aggravated by the accident as Randi Wikler had no symptoms in this part of her ankle and foot prior to the automobile accident in 2014.

3

In Dr. Armendariz's report under "Comments," he mentions that the diagnoses were congenital and preexisting.  They were preexisting, as they are in many asymptomatic patients until an accident occurs and aggravates the fibrous connections that are present or the underlying compensatory osteoarthritis, which can occur with these conditions.  The patient did have some preinjury treatment for her lower back, which has no relationship to the accident or the treatment recommended.  She has still a stiff ankylosed hind foot that is painful.  We attempted to release the fibrous coalition and remove the accessory navicular to help relieve the symptoms.  She did have significant relief of her medial pain, but still has lateral pain because of the underlying arthritic changes, which were aggravated by the accident.  There is no question that I removed a significant amount of bone and decompressed her sinus tarsi area extremely well.  Dr. Armendariz does describe the triple arthrodesis is the salvage procedure for this condition and I concur with this and have discussed it with Ms. Wikler.

People that have a stable triple arthrodesis can resume significant activities.  They do have some difficulty on uneven surfaces.  She has had stiffness for many years and never had normal motion.  I would hope that she could return to more standing and walking, though her ankle and foot would never be completely normal.

In summary, this patient sustained a significant injury from the accident that occurred April 14, 2014. Congenital problems present were asymptomatic prior to the accident and the accident significantly aggravated this underlying condition, causing her to have ongoing symptoms for several years prior to my trying to assist her with surgical treatment. She still has some pain, though she states she has much less medial pain and is very happy with that part of the result. She still has lateral discomfort that results from the aggravation of the accident in the osteoarthritic joints.

Sincerely,

Stanley C. Graves, M.D.

4



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT O

 MAYO CLINIC

**Patient Visit Detail-O-HQ**
**Report ID: 23145.RCO00045, Patient Visit Detail**

## Institution: S

**Entity: Entity not specified**
**CPI: 005939406**
**Visit: 4104, 4105, 4106, 41**   Mayo Clinic Confidential

Run Date:   6/27/2017      8:47:58AM

### Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S1 | 005939406 | 4104 | WIKLER, RANDI S. | 0.00 |

### Visit Detail Transactions

#### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 10034949 | OXYCODONE HCL/APAP 5-3 | 04/14/2014 | 04/16/2014 | 5.23 |
| 10032385 | IBUPROFEN 600MG TAB | 04/14/2014 | 04/16/2014 | 2.08 |
| 10070038 | ED CRUTCHES ADULT | 04/14/2014 | 04/16/2014 | 167.00 |
| 08107733 | FOOT MIN 3VWS LEFT | 04/14/2014 | 04/30/2014 | 133.96 |
| 08107734 | ANKLE MIN 3VWS LEFT | 04/14/2014 | 04/30/2014 | 134.32 |
| 08120574 | ED FAC LEVEL 3 | 04/14/2014 | 04/30/2014 | 800.00 |
| | | | Total Charges: | 1,242.59 |

#### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000109 | INSURANCE PMT | 6/9/2014 | -1,242.59 |
| | | Total Payment and Adjustment: | -1,242.59 |

HT RANDI MAYO CLINIC 0001

Institution: S

Entity: Entity not specified
CPI: 005939406
Visit: 4104, 4105, 4106, 41   Mayo Clinic Confidential

Run Date:   6/27/2017       8:47:58AM

## Summary for Visit : 4104

|  |  |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 1,242.59 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -1,242.59 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | 0.00 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0002

Institution: S

Entity: **Entity not specified**
CPI: **005939406**
Visit: **4104, 4105, 4106, 41**

Run Date:  6/27/2017      8:47:58AM

Mayo Clinic Confidential

---

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S1 | 005939406 | 4105 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

## Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 10034990 | MORPHINE SULFATE 2MG/M | 04/15/2014 | 04/16/2014 | 61.75 |
| 10035785 | ONDANSETRON INJ 4 MG/2 | 04/15/2014 | 04/16/2014 | 50.98 |
| 08190021 | OMNI 300MG 1ML | 04/15/2014 | 04/30/2014 | 70.50 |
| 08183067 | IONIZED CALCIUM, POC | 04/15/2014 | 04/30/2014 | 95.00 |
| 08136421 | VENIPUNCTURE-HOSPITAL | 04/15/2014 | 04/30/2014 | 28.00 |
| 08108448 | MAGNESIUM, SERUM | 04/15/2014 | 04/30/2014 | 53.00 |
| 08108336 | CREATINE KINASE,(CPK);TC | 04/15/2014 | 04/30/2014 | 44.00 |
| 08108328 | LIPASE, BLOOD | 04/15/2014 | 04/30/2014 | 63.00 |
| 08180053 | COMPREHENSIVE METABOl | 04/15/2014 | 04/30/2014 | 375.36 |
| 08182428 | TROPONIN T SERUM | 04/15/2014 | 04/30/2014 | 77.00 |
| 08165906 | PROTHROMBIN TIME, P | 04/15/2014 | 04/30/2014 | 41.00 |
| 08182131 | HEMATOCRIT, CORL | 04/15/2014 | 04/30/2014 | 31.00 |
| 08109109 | CBC W/5-PART WBC DIFFERI | 04/15/2014 | 04/30/2014 | 46.00 |
| 08109308 | URINALYSIS, ROUTINE | 04/15/2014 | 04/30/2014 | 34.00 |
| 08107398 | XRAY CHEST PA AND LATE | 04/15/2014 | 04/30/2014 | 128.40 |
| 08174177 | CT ABD+PELVIS W/CST | 04/15/2014 | 04/30/2014 | 1,862.57 |
| 08170292 | US ABDOMEN LTD | 04/15/2014 | 04/30/2014 | 345.80 |
| 08120579 | ED FAC LEVEL 5 | 04/15/2014 | 04/30/2014 | 2,450.00 |
| 08126374 | ED IV PUSH; INIT, INCLDS M | 04/15/2014 | 04/30/2014 | 137.00 |
| 08126375 | ED INJ IV PUSH SEQUENTIA | 04/15/2014 | 04/30/2014 | 137.00 |
| 08198305 | ED ECG TRACING ONLY MC | 04/15/2014 | 04/30/2014 | 86.00 |
| | | | Total Charges: | 6,217.36 |

## Payments and Adjustments

HT RANDI MAYO CLINIC 0003

**Institution: S**

**Entity:** **Entity not specified**

**CPI:** 005939406

Run Date:   6/27/2017      8:47:58AM      **Visit:** **4104, 4105, 4106, 41**   Mayo Clinic Confidential

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000109 | INSURANCE PMT | 6/9/2014 | -3,222.46 |
| 00000109 | INSURANCE PMT | 6/9/2014 | -3,221.46 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/22/2014 | -1,947.34 |
| 00010109 | INSURANCE PMT REV | 6/9/2014 | 3,222.46 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/22/2014 | -1,048.56 |
| | | **Total Payment and Adjustment:** | -6,217.36 |

## Summary for Visit : 4105

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 6,217.36 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -5,168.80 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -1,048.56 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0004

**Institution: S**

Entity: **Entity not specified**
CPI: **005939406**

Run Date: 6/27/2017    8:47:58AM

Visit: **4104, 4105, 4106, 41** Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 4106 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08191046 | PTOT NO WHEELS WALKER | 04/18/2014 | 05/14/2014 | 84.00 |
| 08100001 | LATE CHARGES NOT AVAIL | 04/18/2014 | 05/14/2014 | 0.00 |
| 08136426 | VENIPUNCTURE; MCSB | 05/02/2014 | 05/14/2014 | 28.00 |
| 08108340 | PHOSPHATASE, ALKALINE | 05/02/2014 | 05/14/2014 | 29.00 |
| 08184461 | ALT/GPT; | 05/02/2014 | 05/14/2014 | 27.00 |
| 08184451 | TRANSFERASE; ASPIRATE A | 05/02/2014 | 05/14/2014 | 27.00 |
| | | | **Total Charges:** | 195.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -12.69 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 5/29/2014 | -49.14 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 5/29/2014 | -48.54 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 5/29/2014 | -16.38 |
| 00006004 | PAYER CONTRACTUAL ADJ | 5/29/2014 | -29.40 |
| 00006004 | PAYER CONTRACTUAL ADJ | 5/29/2014 | -9.80 |
| 00006004 | PAYER CONTRACTUAL ADJ | 5/29/2014 | -29.05 |
| | **Total Payment and Adjustment:** | | -195.00 |

HT RANDI MAYO CLINIC 0005

Institution: S

Entity: **Entity not specified**
CPI: **005939406**
Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

Run Date:   6/27/2017      8:47:58AM

## Summary for Visit :   4106

|  |  |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 195.00 |
| Total Patient Payments: | -12.69 |
| Total Insurance Payments: | -114.06 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -68.25 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0006

Institution: S

Entity: Entity not specified
CPI: 005939406
Visit: 4104, 4105, 4106, 41

Mayo Clinic Confidential

Run Date:   6/27/2017      8:47:58AM

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 4112 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

## Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08190332 | AIR CAST BOOT | 04/18/2014 | 04/30/2014 | 284.85 |
| 08136426 | VENIPUNCTURE; MCSB | 04/18/2014 | 04/30/2014 | 28.00 |
| 08184461 | ALT/GPT; | 04/18/2014 | 04/30/2014 | 27.00 |
| 08184451 | TRANSFERASE; ASPIRATE A | 04/18/2014 | 04/30/2014 | 27.00 |
| 08181785 | BILIRUBIN TOTAL | 04/18/2014 | 04/30/2014 | 28.00 |
| 08108340 | PHOSPHATASE, ALKALINE | 04/18/2014 | 04/30/2014 | 29.00 |
| 08107733 | FOOT MIN 3VWS LEFT | 04/14/2014 | 04/30/2014 | 49.04 |
| 08107734 | ANKLE MIN 3VWS LEFT | 04/14/2014 | 04/30/2014 | 47.68 |
| 08107398 | XRAY CHEST PA AND LATE | 04/15/2014 | 04/30/2014 | 71.60 |
| 08174177 | CT ABD+PELVIS W/CST | 04/15/2014 | 04/30/2014 | 742.43 |
| 08170292 | US ABDOMEN LTD | 04/15/2014 | 04/30/2014 | 129.20 |
| 08191752 | PMR THERAPY-GAIT TRAIN | 04/18/2014 | 04/30/2014 | 166.00 |
| 08195200 | PHYSICAL THERAPY EVAL. | 04/18/2014 | 04/30/2014 | 240.00 |
| 08191876 | ER MD VISIT LEVEL 4 | 04/14/2014 | 04/30/2014 | 625.00 |
| 08191876 | ER MD VISIT LEVEL 4 | 04/15/2014 | 04/30/2014 | 625.00 |
| 08193222 | ECG INTERP & REPORT ONL | 04/15/2014 | 04/30/2014 | 65.00 |
| 08191602 | DETAILED EXAM & CONSUL | 04/18/2014 | 04/30/2014 | 405.00 |
| 08191607 | EXPANDED HISTORY & EXA | 04/18/2014 | 04/30/2014 | 172.00 |
|  |  |  | Total Charges: | 3,761.80 |

## Payments and Adjustments

HT RANDI MAYO CLINIC 0007

Institution: S

Entity: Entity not specified
CPI: 005939406
Visit: 4104, 4105, 4106, 41    Mayo Clinic Confidential

Run Date:  6/27/2017      8:47:58AM

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/30/2014 | -406.25 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -83.98 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/30/2014 | -406.25 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/30/2014 | -46.54 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/22/2014 | -482.58 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/22/2014 | -42.25 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -72.15 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -263.25 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -18.20 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -185.15 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -263.90 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -111.80 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -406.25 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -406.25 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -62.87 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -46.54 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -482.58 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -42.25 |
| 00010130 | MMSI EMPLOYEE PMT REV (E) | 10/22/2014 | 42.25 |
| 00010130 | MMSI EMPLOYEE PMT REV (E) | 10/22/2014 | 482.58 |
| 00010130 | MMSI EMPLOYEE PMT REV (E) | 10/30/2014 | 46.54 |
| 00010130 | MMSI EMPLOYEE PMT REV (E) | 10/30/2014 | 406.25 |
| 00010130 | MMSI EMPLOYEE PMT REV (E) | 10/30/2014 | 406.25 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/30/2014 | 218.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/30/2014 | -218.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -45.22 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/30/2014 | 218.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/30/2014 | -218.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/30/2014 | 25.06 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/30/2014 | -25.06 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/22/2014 | 259.85 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/22/2014 | -259.85 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/22/2014 | 22.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/22/2014 | -22.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -99.70 |

HT RANDI MAYO CLINIC 0008

**Institution: S**

**Entity:** Entity not specified
**CPI:** 005939406
**Visit:** 4104, 4105, 4106, 41

Run Date:  6/27/2017      8:47:58AM        Mayo Clinic Confidential

| | | | |
|---|---|---|---|
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -9.80 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -141.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -38.85 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -22.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -259.85 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -25.06 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -33.85 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -218.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -218.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -60.20 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -142.10 |
| | Total Payment and Adjustment: | | -3,761.80 |

## Summary for Visit :   4112

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 3,761.80 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -2,445.17 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -1,316.63 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0009

**Institution: S**

**Entity:** **Entity not specified**

**CPI:** 005939406

Run Date:   6/27/2017        8:47:58AM

**Visit:** **4104, 4105, 4106, 41**     Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 4133 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08107734 | ANKLE MIN 3VWS LEFT | 05/02/2014 | 05/14/2014 | 182.00 |
| 08107733 | FOOT MIN 3VWS LEFT | 05/02/2014 | 05/14/2014 | 183.00 |
| 08191607 | EXPANDED HISTORY & EXA | 05/02/2014 | 05/14/2014 | 172.00 |
| | | | Total Charges: | 537.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -111.80 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -237.25 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -127.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -60.20 |
| | | Total Payment and Adjustment: | -537.00 |

## Summary for Visit : 4133

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 537.00 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -349.05 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -187.95 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0010

**Institution: S**

Entity: **Entity not specified**
CPI: **005939406**

Run Date:   6/27/2017      8:47:58AM    Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S1 | 005939406 | 4134 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08197034 | THERAPEUTIC EXERCISES - | 06/06/2014 | 06/10/2014 | 111.00 |
| 08197025 | PHY.THERAPY EVALUATIO | 06/06/2014 | 06/10/2014 | 240.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 06/06/2014 | 06/10/2014 | 120.00 |
| 08197037 | GAIT TRAINING - PT | 06/06/2014 | 06/10/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 06/14/2014 | 06/19/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MI | 06/14/2014 | 06/19/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 06/14/2014 | 06/19/2014 | 166.00 |
| 08197039 | MANUAL THERPY EA.15 MI | 06/16/2014 | 06/24/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 06/16/2014 | 06/24/2014 | 166.00 |
| 08197039 | MANUAL THERPY EA.15 MI | 06/17/2014 | 06/24/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 06/17/2014 | 06/24/2014 | 166.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 07/01/2014 | 07/11/2014 | 111.00 |
| 08197037 | GAIT TRAINING - PT | 07/01/2014 | 07/11/2014 | 83.00 |
| 08197036 | NEUROMUSCLR RE EDUCA | 07/01/2014 | 07/11/2014 | 115.00 |
| 08197036 | NEUROMUSCLR RE EDUCA | 07/05/2014 | 07/11/2014 | 345.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 07/05/2014 | 07/11/2014 | 120.00 |
| 08197036 | NEUROMUSCLR RE EDUCA | 07/09/2014 | 07/17/2014 | 115.00 |
| 08190675 | PHYS.PERFORMANCE TEST | 07/09/2014 | 07/17/2014 | 306.00 |
| 08197024 | HOT/COLD PACK - PT | 07/11/2014 | 07/17/2014 | 21.00 |
| 08197039 | MANUAL THERPY EA.15 MI | 07/11/2014 | 07/17/2014 | 212.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 07/11/2014 | 07/17/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MI | 07/15/2014 | 07/21/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 07/15/2014 | 07/21/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 07/15/2014 | 07/21/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MI | 07/17/2014 | 07/22/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 07/17/2014 | 07/22/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 07/17/2014 | 07/22/2014 | 111.00 |
| 08197024 | HOT/COLD PACK - PT | 07/17/2014 | 07/22/2014 | 21.00 |
| 08197037 | GAIT TRAINING - PT | 07/21/2014 | 07/28/2014 | 166.00 |

HT RANDI MAYO CLINIC 0011

Institution: S

Entity: Entity not specified

CPI: 005939406

Run Date:  6/27/2017      8:47:58AM     Visit: 4104, 4105, 4106, 41    Mayo Clinic Confidential

| | | | | |
|---|---|---|---|---|
| 08197034 | THERAPEUTIC EXERCISES - | 07/21/2014 | 07/28/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 07/21/2014 | 07/28/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 07/23/2014 | 07/28/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 07/23/2014 | 07/28/2014 | 222.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 07/30/2014 | 08/05/2014 | 111.00 |
| 08197024 | HOT/COLD PACK - PT | 07/30/2014 | 08/05/2014 | 21.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 07/30/2014 | 08/05/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 07/30/2014 | 08/05/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 08/01/2014 | 08/06/2014 | 222.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 08/01/2014 | 08/06/2014 | 212.00 |
| 08197037 | GAIT TRAINING - PT | 08/05/2014 | 08/12/2014 | 166.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 08/05/2014 | 08/12/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 08/07/2014 | 08/12/2014 | 106.00 |
| 08197036 | NEUROMUSCLR RE EDUCA | 08/07/2014 | 08/12/2014 | 115.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 08/07/2014 | 08/12/2014 | 111.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 08/07/2014 | 08/12/2014 | 120.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 08/13/2014 | 08/20/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 08/13/2014 | 08/20/2014 | 166.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 08/13/2014 | 08/20/2014 | 111.00 |
| 08197037 | GAIT TRAINING - PT | 08/15/2014 | 08/20/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 08/15/2014 | 08/20/2014 | 222.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 08/15/2014 | 08/20/2014 | 106.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 08/19/2014 | 08/25/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 08/19/2014 | 08/25/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 08/19/2014 | 08/25/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 08/21/2014 | 08/25/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 08/21/2014 | 08/25/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 08/21/2014 | 08/25/2014 | 166.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 08/27/2014 | 09/03/2014 | 212.00 |
| 08197037 | GAIT TRAINING - PT | 08/27/2014 | 09/03/2014 | 83.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 08/29/2014 | 09/03/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 08/29/2014 | 09/03/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 08/29/2014 | 09/03/2014 | 111.00 |
| 08197037 | GAIT TRAINING - PT | 09/02/2014 | 09/08/2014 | 83.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 09/02/2014 | 09/08/2014 | 106.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 09/02/2014 | 09/08/2014 | 111.00 |
| 08197037 | GAIT TRAINING - PT | 09/04/2014 | 09/09/2014 | 83.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 09/04/2014 | 09/09/2014 | 106.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 09/04/2014 | 09/09/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 09/08/2014 | 09/16/2014 | 106.00 |

HT RANDI MAYO CLINIC 0012

Institution: S

Entity: Entity not specified
CPI: 005939406
Visit: 4104, 4105, 4106, 41   Mayo Clinic Confidential

Run Date:   6/27/2017       8:47:58AM

| | | | | |
|---|---|---|---|---:|
| 08197037 | GAIT TRAINING - PT | 09/08/2014 | 09/16/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 09/08/2014 | 09/16/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 09/10/2014 | 09/16/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 09/10/2014 | 09/16/2014 | 83.00 |
| 08190675 | PHYS.PERFORMANCE TEST | 09/10/2014 | 09/16/2014 | 153.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 09/16/2014 | 09/22/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 09/16/2014 | 09/22/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 09/16/2014 | 09/22/2014 | 166.00 |
| 08197037 | GAIT TRAINING - PT | 09/19/2014 | 09/23/2014 | 166.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 09/19/2014 | 09/23/2014 | 106.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 09/19/2014 | 09/23/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 09/22/2014 | 10/03/2014 | 212.00 |
| 08197037 | GAIT TRAINING - PT | 09/22/2014 | 10/03/2014 | 83.00 |
| 08190675 | PHYS.PERFORMANCE TEST | 09/24/2014 | 09/30/2014 | 153.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 09/24/2014 | 09/30/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 09/24/2014 | 09/30/2014 | 166.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 09/30/2014 | 10/07/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 09/30/2014 | 10/07/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 09/30/2014 | 10/07/2014 | 111.00 |
| 08197036 | NEUROMUSCLR RE EDUCA' | 10/07/2014 | 10/14/2014 | 115.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 10/07/2014 | 10/14/2014 | 212.00 |
| 08197037 | GAIT TRAINING - PT | 10/07/2014 | 10/14/2014 | 83.00 |
| 08197037 | GAIT TRAINING - PT | 10/15/2014 | 10/21/2014 | 83.00 |
| 08197036 | NEUROMUSCLR RE EDUCA' | 10/15/2014 | 10/21/2014 | 115.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 10/15/2014 | 10/21/2014 | 212.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 10/22/2014 | 10/28/2014 | 106.00 |
| 08197036 | NEUROMUSCLR RE EDUCA' | 10/22/2014 | 10/28/2014 | 115.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 10/22/2014 | 10/28/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 10/29/2014 | 11/04/2014 | 106.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 10/29/2014 | 11/04/2014 | 222.00 |
| 08197037 | GAIT TRAINING - PT | 11/05/2014 | 11/11/2014 | 83.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 11/05/2014 | 11/11/2014 | 111.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 11/05/2014 | 11/11/2014 | 212.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 11/12/2014 | 11/19/2014 | 106.00 |
| 08197037 | GAIT TRAINING - PT | 11/12/2014 | 11/19/2014 | 83.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 11/12/2014 | 11/19/2014 | 120.00 |
| 08197037 | GAIT TRAINING - PT | 11/19/2014 | 11/25/2014 | 83.00 |
| 08197036 | NEUROMUSCLR RE EDUCA' | 11/19/2014 | 11/25/2014 | 115.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 11/19/2014 | 11/25/2014 | 111.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 11/26/2014 | 12/01/2014 | 222.00 |

HT RANDI MAYO CLINIC 0013

Institution: S

Entity: Entity not specified
CPI: 005939406
Visit: 4104, 4105, 4106, 41    Mayo Clinic Confidential

Run Date: 6/27/2017    8:47:58AM

| 08197039 | MANUAL THERPY EA.15 MII | 11/26/2014 | 12/01/2014 | 212.00 |
|---|---|---|---|---|
| 08197024 | HOT/COLD PACK - PT | 11/28/2014 | 12/04/2014 | 21.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 11/28/2014 | 12/04/2014 | 120.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 11/28/2014 | 12/04/2014 | 212.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 12/01/2014 | 12/04/2014 | 212.00 |
| 08197024 | HOT/COLD PACK - PT | 12/03/2014 | 12/04/2014 | 21.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 12/03/2014 | 12/04/2014 | 120.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 12/03/2014 | 12/04/2014 | 212.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 12/09/2014 | 12/15/2014 | 212.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 12/09/2014 | 12/15/2014 | 111.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 12/09/2014 | 12/15/2014 | 120.00 |
| 08197029 | ELECTR.STIMULATION - PT | 12/11/2014 | 12/16/2014 | 70.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 12/11/2014 | 12/16/2014 | 212.00 |
| 08197036 | NEUROMUSCLR RE EDUCA' | 12/16/2014 | 12/23/2014 | 460.00 |
| 08197037 | GAIT TRAINING - PT | 12/18/2014 | 12/23/2014 | 83.00 |
| 08197036 | NEUROMUSCLR RE EDUCA' | 12/18/2014 | 12/23/2014 | 230.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 12/18/2014 | 12/23/2014 | 106.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 12/23/2014 | 01/07/2015 | 111.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 12/23/2014 | 01/07/2015 | 120.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 12/23/2014 | 01/07/2015 | 106.00 |
| 08197036 | NEUROMUSCLR RE EDUCA' | 12/26/2014 | 01/07/2015 | 115.00 |
| 08197034 | THERAPEUTIC EXERCISES - | 12/26/2014 | 01/07/2015 | 111.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 12/26/2014 | 01/07/2015 | 120.00 |
| 08197039 | MANUAL THERPY EA.15 MII | 12/26/2014 | 01/07/2015 | 106.00 |
| 08197043 | THERAPEUTIC ACTIVITIES - | 12/30/2014 | 01/07/2015 | 240.00 |
| 08190675 | PHYS.PERFORMANCE TEST | 12/30/2014 | 01/07/2015 | 153.00 |
| | | | Total Charges: | 17,555.00 |

Payments and Adjustments

HT RANDI MAYO CLINIC 0014

Institution: S

Entity: **Entity not specified**
CPI: 005939406

Run Date: 6/27/2017     8:47:58AM     Visit: **4104, 4105, 4106, 41**     Mayo Clinic Confidential

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00001627 | TRANSFER BETWEEN ENTITIES | 2/8/2016 | 22.36 |
| 00001627 | TRANSFER BETWEEN ENTITIES | 2/8/2016 | 75.00 |
| 00001627 | TRANSFER BETWEEN ENTITIES | 2/8/2016 | 97.64 |
| 00001627 | TRANSFER BETWEEN ENTITIES | 2/11/2015 | -195.00 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 12/28/2015 | -962.00 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 2/4/2016 | -2,059.85 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 8/7/2014 | -962.65 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 2/4/2016 | -2,178.15 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 2/4/2016 | -1,177.15 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 2/4/2016 | -1,968.20 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 2/4/2016 | -2,102.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/4/2016 | -1,109.15 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/4/2016 | -1,132.25 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/4/2016 | -1,059.80 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/4/2016 | -633.85 |
| 00006004 | PAYER CONTRACTUAL ADJ | 8/7/2014 | -518.35 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/4/2016 | -1,172.85 |
| 00006004 | PAYER CONTRACTUAL ADJ | 12/28/2015 | -518.00 |
| | | Total Payment and Adjustment: | -17,555.00 |

## Summary for Visit :   4134

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 17,555.00 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -11,410.75 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -6,144.25 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0015

**Institution: S**

**Entity:** Entity not specified

**CPI:** 005939406

**Visit:** 4104, 4105, 4106, 41     Mayo Clinic Confidential

Run Date:   6/27/2017        8:47:58AM

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 4157 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08190331 | ANKLE AIR BRACE | 06/05/2014 | 06/24/2014 | 138.60 |
| 08100001 | LATE CHARGES NOT AVAIL | 06/05/2014 | 06/24/2014 | 0.00 |
| | | | Total Charges: | 138.60 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -9.01 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 7/24/2014 | -81.08 |
| 00006004 | PAYER CONTRACTUAL ADJ | 7/24/2014 | -48.51 |
| | | Total Payment and Adjustment: | -138.60 |

### Summary for Visit :   4157

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 138.60 |
| Total Patient Payments: | -9.01 |
| Total Insurance Payments: | -81.08 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -48.51 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0016

**Institution: S**

**Entity: Entity not specified**

**CPI: 005939406**

**Visit: 4104, 4105, 4106, 41**    Mayo Clinic Confidential

Run Date:   6/27/2017       8:47:58AM

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 4163 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08100001 | LATE CHARGES NOT AVAIL | 06/05/2014 | 06/13/2014 | 0.00 |
| 08107733 | FOOT MIN 3VWS LEFT | 06/05/2014 | 06/13/2014 | 183.00 |
| 08107734 | ANKLE MIN 3VWS LEFT | 06/05/2014 | 06/13/2014 | 182.00 |
| 08191607 | EXPANDED HISTORY & EXA | 06/05/2014 | 06/13/2014 | 172.00 |
| | | | Total Charges: | 537.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -111.80 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/16/2014 | -237.25 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -127.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/16/2014 | -60.20 |
| | | Total Payment and Adjustment: | -537.00 |

## Summary for Visit :   4163

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 537.00 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -349.05 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -187.95 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0017

**Institution: S**

**Entity: Entity not specified**

**CPI: 005939406**

Run Date:   6/27/2017        8:47:58AM      **Visit: 4104, 4105, 4106, 41**   Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 4184 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08107733 | FOOT MIN 3VWS LEFT | 07/02/2014 | 07/08/2014 | 183.00 |
| 08107734 | ANKLE MIN 3VWS LEFT | 07/02/2014 | 07/08/2014 | 182.00 |
| 08191607 | EXPANDED HISTORY & EXA | 07/02/2014 | 07/08/2014 | 172.00 |
| | | | Total Charges: | 537.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -31.21 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 8/7/2014 | -213.52 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 8/7/2014 | -104.32 |
| 00006004 | PAYER CONTRACTUAL ADJ | 8/7/2014 | -127.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 8/7/2014 | -60.20 |
| | | Total Payment and Adjustment: | -537.00 |

## Summary for Visit : 4184

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 537.00 |
| Total Patient Payments: | -31.21 |
| Total Insurance Payments: | -317.84 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -187.95 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0018

Institution: S

Entity: Entity not specified

CPI: 005939406

Run Date:   6/27/2017       8:47:58AM

Visit: 4104, 4105, 4106, 41     Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5035 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08107733 | FOOT MIN 3VWS LEFT | 02/03/2015 | 02/06/2015 | 183.00 |
| 08107734 | ANKLE MIN 3VWS LEFT | 02/03/2015 | 02/06/2015 | 182.00 |
| 08191607 | EXPANDED HISTORY & EXA | 02/03/2015 | 02/06/2015 | 172.00 |
| | | | Total Charges: | 537.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -349.05 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/20/2015 | -60.20 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/20/2015 | -127.75 |
| | | Total Payment and Adjustment: | -537.00 |

## Summary for Visit :   5035

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 537.00 |
| Total Patient Payments: | -349.05 |
| Total Insurance Payments: | 0.00 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -187.95 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0019

**Institution: S**

Entity: **Entity not specified**
CPI: **005939406**
Run Date:   6/27/2017        8:47:58AM        Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5037 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08173721 | MR JOINT LOWER EXT WO/C | 02/05/2015 | 02/09/2015 | 655.25 |
| 08173721 | MR JOINT LOWER EXT WO/C | 02/05/2015 | 02/09/2015 | 1,588.75 |
| 08191607 | EXPANDED HISTORY & EXA | 02/06/2015 | 02/09/2015 | 172.00 |
| | | | Total Charges: | 2,416.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -1,570.40 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/20/2015 | -60.20 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/20/2015 | -229.34 |
| 00006004 | PAYER CONTRACTUAL ADJ | 2/20/2015 | -556.06 |
| | | Total Payment and Adjustment: | -2,416.00 |

## Summary for Visit :   5037

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 2,416.00 |
| Total Patient Payments: | -1,570.40 |
| Total Insurance Payments: | 0.00 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -845.60 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0020

**Institution: S**

Entity: **Entity not specified**

CPI: **005939406**

Run Date:   6/27/2017        8:47:58AM

Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5078 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08191607 | EXPANDED HISTORY & EXA | 03/18/2015 | 03/24/2015 | 172.00 |
| | | | Total Charges: | 172.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -111.80 |
| 00006004 | PAYER CONTRACTUAL ADJ | 4/2/2015 | -60.20 |
| | Total Payment and Adjustment: | | -172.00 |

### Summary for Visit :   5078

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 172.00 |
| Total Patient Payments: | -111.80 |
| Total Insurance Payments: | 0.00 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -60.20 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0021

**Institution: S**

Entity: **Entity not specified**
CPI: **005939406**
Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

Run Date:   6/27/2017      8:47:58AM

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5085 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08197519 | ACUPUNT W/E-STIM,INIT.15 | 03/25/2015 | 03/28/2015 | 103.00 |
| 08191603 | EXPANDED EXAM & CONSL | 03/25/2015 | 03/28/2015 | 318.00 |
| | | | Total Charges: | 421.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -273.65 |
| 00006004 | PAYER CONTRACTUAL ADJ | 4/9/2015 | -36.05 |
| 00006004 | PAYER CONTRACTUAL ADJ | 4/9/2015 | -111.30 |
| | | Total Payment and Adjustment: | -421.00 |

## Summary for Visit :   5085

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 421.00 |
| Total Patient Payments: | -273.65 |
| Total Insurance Payments: | 0.00 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -147.35 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0022

**Institution: S**

Entity: **Entity not specified**
CPI: **005939406**

Run Date:   6/27/2017        8:47:58AM          Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5091 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08197519 | ACUPUNT W/E-STIM,INIT.15 | 03/31/2015 | 04/03/2015 | 103.00 |
| 08191607 | EXPANDED HISTORY & EXA | 03/31/2015 | 04/03/2015 | 172.00 |
| | | | Total Charges: | 275.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -178.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 4/15/2015 | -96.25 |
| | Total Payment and Adjustment: | | -275.00 |

## Summary for Visit :   5091

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 275.00 |
| Total Patient Payments: | -178.75 |
| Total Insurance Payments: | 0.00 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -96.25 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0023

Institution: S

Entity: **Entity not specified**
CPI: **005939406**

Run Date: 6/27/2017       8:47:58AM       Visit: **4104, 4105, 4106, 41**       Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5098 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08197519 | ACUPUNT W/E-STIM,INIT.15 | 04/07/2015 | 04/10/2015 | 103.00 |
| 08191607 | EXPANDED HISTORY & EXA | 04/07/2015 | 04/10/2015 | 172.00 |
| | | | Total Charges: | 275.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -178.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 4/23/2015 | -96.25 |
| | | Total Payment and Adjustment: | -275.00 |

### Summary for Visit : 5098

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 275.00 |
| Total Patient Payments: | -178.75 |
| Total Insurance Payments: | 0.00 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -96.25 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0024

Institution: S

Entity: **Entity not specified**
CPI: **005939406**

Run Date:   6/27/2017        8:47:58AM

Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5105 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08197519 | ACUPUNT W/E-STIM,INIT.15 | 04/14/2015 | 04/17/2015 | 103.00 |
| 08191607 | EXPANDED HISTORY & EXA | 04/14/2015 | 04/17/2015 | 172.00 |
| | | | Total Charges: | 275.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -178.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 4/30/2015 | -96.25 |
| | | Total Payment and Adjustment: | -275.00 |

## Summary for Visit :   5105

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 275.00 |
| Total Patient Payments: | -178.75 |
| Total Insurance Payments: | 0.00 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -96.25 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0025

Institution: S

Entity: **Entity not specified**
CPI: **005939406**
Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

Run Date:   6/27/2017      8:47:58AM

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5107 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08191607 | EXPANDED HISTORY & EXA | 04/15/2015 | 04/20/2015 | 172.00 |
| | | | Total Charges: | 172.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -111.80 |
| 00006004 | PAYER CONTRACTUAL ADJ | 4/30/2015 | -60.20 |
| | Total Payment and Adjustment: | | -172.00 |

**Summary for Visit :**   5107

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 172.00 |
| Total Patient Payments: | -111.80 |
| Total Insurance Payments: | 0.00 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -60.20 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0026

Institution: S

Entity: **Entity not specified**
CPI: **005939406**
Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

Run Date:   6/27/2017       8:47:58AM

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5119 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08191605 | COMPREHENSIVE HISTORY | 04/28/2015 | 05/14/2015 | 408.00 |
| | | | Total Charges: | 408.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 12/10/2015 | -167.56 |
| 00001627 | TRANSFER BETWEEN ENTITIES | 2/8/2016 | -97.64 |
| 00006004 | PAYER CONTRACTUAL ADJ | 5/27/2015 | -142.80 |
| | | Total Payment and Adjustment: | -408.00 |

## Summary for Visit :   5119

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 408.00 |
| Total Patient Payments: | -167.56 |
| Total Insurance Payments: | 0.00 |
| Total Patient Adjustments: | -97.64 |
| Total Insurance Adjustments: | -142.80 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0027

**Institution: S**

Entity: **Entity not specified**
CPI: **005939406**

Run Date:   6/27/2017      8:47:58AM

Visit: **4104, 4105, 4106, 41**   Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5184 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08176550 | 3D TOMOSYNTHESIS, SCREE | 07/02/2015 | 07/06/2015 | 75.00 |
| 08176135 | SCRN MAMMO, DIGITAL, BI | 07/02/2015 | 07/06/2015 | 420.00 |
| 08170823 | MAMM,CAD ONLY SCREEN | 07/02/2015 | 07/06/2015 | 86.00 |
| | | | Total Charges: | 581.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00001627 | TRANSFER BETWEEN ENTITIES | 2/8/2016 | -75.00 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 8/7/2015 | -328.90 |
| 00006004 | PAYER CONTRACTUAL ADJ | 8/7/2015 | -177.10 |
| | | Total Payment and Adjustment: | -581.00 |

## Summary for Visit :   5184

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 581.00 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -328.90 |
| Total Patient Adjustments: | -75.00 |
| Total Insurance Adjustments: | -177.10 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0028

**Institution: S**

**Entity: Entity not specified**
**CPI: 005939406**
**Visit: 4104, 4105, 4106, 41**   Mayo Clinic Confidential

Run Date:   6/27/2017      8:47:58AM

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 5280 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08191607 | EXPANDED HISTORY & EXA | 10/06/2015 | 10/10/2015 | 172.00 |
| | | | Total Charges: | 172.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00001627 | TRANSFER BETWEEN ENTITIES | 2/8/2016 | -22.36 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 10/21/2015 | -89.44 |
| 00006004 | PAYER CONTRACTUAL ADJ | 10/21/2015 | -60.20 |
| | | Total Payment and Adjustment: | -172.00 |

## Summary for Visit :   5280

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 172.00 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -89.44 |
| Total Patient Adjustments: | -22.36 |
| Total Insurance Adjustments: | -60.20 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0029

Institution: S

Entity: Entity not specified
CPI: 005939406
Visit: 4104, 4105, 4106, 41   Mayo Clinic Confidential

Run Date:  6/27/2017      8:47:58AM

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 6132 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08108340 | PHOSPHATASE, ALKALINE | 05/11/2016 | 05/16/2016 | 29.00 |
| 08162531 | VITAMIN D, S | 05/11/2016 | 05/16/2016 | 259.00 |
| 08181785 | BILIRUBIN TOTAL | 05/11/2016 | 05/16/2016 | 28.00 |
| 08109308 | URINALYSIS, ROUTINE | 05/11/2016 | 05/16/2016 | 34.00 |
| 08109109 | CBC WITH 5-PART WBC DIFI | 05/11/2016 | 05/16/2016 | 46.00 |
| 08180061 | LIPID PANEL | 05/11/2016 | 05/16/2016 | 113.00 |
| 08184451 | TRANSFERASE; ASPIRATE A | 05/11/2016 | 05/16/2016 | 38.00 |
| 08184461 | ALT/GPT; | 05/11/2016 | 05/16/2016 | 38.00 |
| 08184444 | THYROID STIMULATING HC | 05/11/2016 | 05/16/2016 | 102.00 |
| 08180048 | BASIC METABOLIC PANEL | 05/11/2016 | 05/16/2016 | 210.00 |
| 08108520 | PROTEIN TOTAL, SERUM | 05/11/2016 | 05/16/2016 | 31.00 |
| 08193718 | ECG, ROUTINE 12 LEADS W | 05/11/2016 | 05/16/2016 | 151.00 |
| | | | Total Charges: | 1,079.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000087 | CREDIT CARD PMT (E) | 4/5/2017 | -327.90 |
| 00001030 | VISA/MC/DSCVR PMT (E) | 3/7/2017 | -300.00 |
| 00000130 | MMSI EMPLOYEE PMT (E) | 5/27/2016 | -73.45 |
| 00006004 | PAYER CONTRACTUAL ADJ | 5/27/2016 | -111.65 |
| 00006004 | PAYER CONTRACTUAL ADJ | 5/27/2016 | -213.15 |
| 00006004 | PAYER CONTRACTUAL ADJ | 5/27/2016 | -52.85 |
| | Total Payment and Adjustment: | | -1,079.00 |

HT RANDI MAYO CLINIC 0030

Institution: S

Entity: Entity not specified
CPI: 005939406
Visit: 4104, 4105, 4106, 41    Mayo Clinic Confidential

Run Date:    6/27/2017    8:47:58AM

## Summary for Visit : 6132

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 1,079.00 |
| Total Patient Payments: | -627.90 |
| Total Insurance Payments: | -73.45 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -377.65 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0031

Institution: S

Entity: **Entity not specified**
CPI: 005939406
Visit: **4104, 4105, 4106, 41**

Run Date:   6/27/2017        8:47:58AM

Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 6149 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08176135 | SCRN MAMMO, DIGITAL, BI | 05/27/2016 | 05/31/2016 | 420.00 |
| 08170823 | MAMM,CAD ONLY SCREEN | 05/27/2016 | 05/31/2016 | 86.00 |
| | | | Total Charges: | 506.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000130 | MMSI EMPLOYEE PMT (E) | 6/10/2016 | -328.90 |
| 00006004 | PAYER CONTRACTUAL ADJ | 6/10/2016 | -177.10 |
| | Total Payment and Adjustment: | | -506.00 |

## Summary for Visit :   6149

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 506.00 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -328.90 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -177.10 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0032

**Institution: S**

**Entity:** Entity not specified
**CPI:** 005939406

Run Date:   6/27/2017        8:47:58AM          **Visit:** 4104, 4105, 4106, 41    Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 6240 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08194459 | PREV MED E&M EST, 40-64 Y | 08/26/2016 | 08/30/2016 | 385.00 |
| 08191606 | DETAILED HISTORY & EXAM | 08/26/2016 | 08/30/2016 | 270.00 |
| | | | Total Charges: | 655.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000130 | MMSI EMPLOYEE PMT (E) | 9/9/2016 | -425.75 |
| 00006004 | PAYER CONTRACTUAL ADJ | 9/9/2016 | -229.25 |
| | Total Payment and Adjustment: | | -655.00 |

### Summary for Visit : 6240

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 655.00 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -425.75 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -229.25 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0033

Institution: S

Entity: Entity not specified

CPI: 005939406

Run Date: 6/27/2017      8:47:58AM

Visit: 4104, 4105, 4106, 41

Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| S | S2 | 005939406 | 6244 | WIKLER, RANDI S. | 0.00 |

## Visit Detail Transactions

### Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| 08105180 | AUDIO SPCH RECPT/DISCRI | 08/30/2016 | 09/02/2016 | 192.00 |
| | | | Total Charges: | 192.00 |

### Payments and Adjustments

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00000130 | MMSI EMPLOYEE PMT (E) | 9/14/2016 | -124.80 |
| 00006004 | PAYER CONTRACTUAL ADJ | 9/14/2016 | -67.20 |
| | Total Payment and Adjustment: | | -192.00 |

### Summary for Visit : 6244

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 192.00 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -124.80 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | -67.20 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

HT RANDI MAYO CLINIC 0034



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT P

**SCOTTSDALE HEALTHCARE**

P.O. BOX 29679
Phoenix, AZ 85038

(480) 990-0698
FEI # 86-0181654

DO NOT PAY THIS STATEMENT.
THIS IS NOT A BILL. THE INFORMATION
PROVIDED BELOW IS FOR INFORMATION
PURPOSES ONLY.

PATIENT:
WIKLER, RANDI

| ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO. |
|---|---|---|---|
| A1612010139 | 06/01/16 | 06/02/16 | 001 |
| REFER TO THIS NUMBER ON ALL CORRESPONDENCE | | | F1 |
| | | | 282 |

ATTENTION: RANDI WIKLER
24795 N 119TH PL
SCOTTSDALE          AZ 85255

☐ MasterCard     ☐ VISA  06/10/16    GBB
☐ Other _____

Card No. _____ Expiration Date _____

Signature ·······························································
PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

I N S U R E D

200630 BCAZ CORP HEALTH SERVICES
200670 Z BCAZ CORP HEALTH SERVICES 1500

| DATE OF SERVICE | ITEM NO. | DESCRIPTION | QTY. | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|
| | | C250PHARMACY | | | 448.60 |
| | | C258PHARMACY IV SOLUTIONS | | | 153.60 |
| | | C271NONSTERILE SUPPLY | | | 299.37 |
| | | C272STERILE SUPPLY | | | 212.36 |
| | | C278OTHER IMPLANTS | | | 3,090.00 |
| | | C301CHEMISTRY | | | 34.00 |
| | | C370ANESTHESIA | | | 3,896.00 |
| | | C420PHYSICAL THERAPY | | | 823.00 |
| | | C490AMBULATORY SURGICAL CARE | | | 28,614.00 |
| | | C636DRUGS/DETAIL CODE | | | 1,980.90 |
| | | C637SELF-ADMIN DRUGS-NO DET CODING | | | 24.10 |
| | | C710RECOVERY ROOM | | | 5,885.50 |
| | | | | | |
| | | TOTAL CHARGES | | | 45,461.43 |
| | | | | | |
| | | TOTAL PAYMENTS/ADJUSTMENTS | | | 0.00 |
| | | ESTIMATED PATIENT BALANCE DUE | | | 0.00 |

All insurances listed above have been billed.
****NO PAYMENT IS DUE AT THIS TIME.****
SEPARATE BILLING from Physician Billing Agencies may be sent out for
physician(s) who performed test interpretations or examination evaluations.
The above charges are for facility services, care and supplies.

**NOTE:** AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY HOSPITAL,
HOWEVER, THE PATIENT AND / OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**UNPAID BALANCE** ➡    45,461.43

32000  (3/99)

Scottsdale Healthcare
Scottsdale, AZ

O&H RANDI HHGSC 0001



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT Q

# Dirk Leverant

13835 N. Tatum Blvd., Suite 9-442● Phoenix, AZ. 85032● Phone: 602-363-5069 ● Fax: 480-361-5598
E-Mail: dirkleverant@gmail.com


Date: August 28, 2017


Jonathan V. O'Steen, Esq.

Attorney At Law

O'STEEN & HARRISON, PLC

300 W. Clarendon Avenue, #400

Phoenix, AZ. 85013


Re: Randi Wikler: future medical costs


Dear Mr. O'Steen:

Per your request, I have reviewed the information provided by Dr. Graves, regarding the future treatment needs of Ms. Wikler, and have researched the costs for those items outlined by the doctor. Attached you will find my summary detailing the usual and customary charges for the items the doctor listed.  After reviewing the doctor's report, I did speak with the doctor on August 22, 2017, to confirm his recommendations. The charges noted below reflect the Phoenix, AZ. market. The charges are based upon the specific facility that the doctor identified as the proper location for the procedure.  (Additional facility charges have been included for comparison.) The CPT codes used were those provided by the doctor.

I wanted to thank you for again expressing your confidence in me, and allowing me to assist you with this matter. As always, please feel free to contact me with any questions or concerns.

Sincerely,


Dirk Leverant, M.D., J.D., C.L.C.P.



# Future Medical Costs
# Randi Wikler

### Left Ankle Fusion

Physician fees
| | |
|---|---|
| CPT 28715 – Arthrodesis; triple | $ 3,802.00 |
| CPT 20902 – Bone Graft, any donor area | $ 1,811.00 |
| CPT 28086 – Synovectomy, tendon sheath, foot; extensor | $ 1,668.00 |
| Total Primary Surgeon Fees | $ 7,261.00 |

Assistant fees                                    $ 1,815.00

**Total Physician Fees**                          **$ 9,076.00**

Surgical fees based on Medical Fees in the United States, PMIC, 2017 edition, using the 75th percentile and adjusted for Arizona at a 0.988 cost factor.

Anesthesia included in facility fees.

**Facility fee, Greenbaum Surgical Specialty Hospital**          **$ 88,000.00**
(This is Dr. Grave's preferred location for this procedure.)

Comparison facility fees from St. Joseph's Hospital & Medical Center   $ 85,285.53 - $ 87,285.53

Post Surgery PT evaluation                        $ 125.00 - $ 235.00

Post Surgery PT, 1 hour/session                   $ 1,305.00 - $ 2,520.00
(reflects 12 sessions, per Dr. Graves.)

**Total charges, surgery and therapy**            **$ 98,506.00 - $ 99,831.00**

(Costs provided by St. Joseph's hospital would result in a slightly lower total charge, saving between $ 714.47 and $ 2714.47, depending on the length of the procedure.)

Dirk Leverant, M.D., J.D., C.L.C.P.

2



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT R

**HOSPITAL CHARGEMASTER/OVERVIEW FORM**
**ATTESTATION OF COMPLETENESS AND ACCURACY**

**FACILITY NAME:** Mayo Clinic Hospital

**FACILITY ID NUMBER: MED** H2027

**REPORTING TYPE:  (CHECK ONE)**      **EFFECTIVE DATE:** 01/01/2016

☐   **Change (indicate effective date above)**

■   **Annual**

### ATTESTATION BY ADMINISTRATOR OF FACILITY OR DESIGNEE (CHECK ONE)

■   I attest that, to the best of my knowledge and belief, all information in this *Chargemaster and Rates and Charges Overview Form* is accurate and complete.

**OR**

☐   I have personal knowledge that some of the information in this *Chargemaster and/or Rates and Charges Overview Form* is not accurate or not complete.  I attest that, to the best of my knowledge and belief, all information in the report is accurate and complete, except the information identified in a document accompanying this form that:

1)   Describes the inaccurate or incomplete information and the circumstances that make the information inaccurate or incomplete, and

2)   States what actions the facility is taking to correct the inaccurate information or make the information complete.

John Foreman

**Print Name**

**Signature (Administrator of Facility or Designee) (REQUIRED)**

Revenue Analyst

**Title**

4 30 2016

**Date**

**SUBMIT ALL FINANCIAL REPORTING DOCUMENTS AS EMAIL ATTACHMENTS TO:**
**costreporting@azdhs.gov**



# EXHIBIT S

### HOSPITAL CHARGEMASTER/OVERVIEW FORM
### ATTESTATION OF COMPLETENESS AND ACCURACY

FACILITY NAME: Mayo Clinic Hospital

FACILITY ID NUMBER: MED H2027

REPORTING TYPE:  (CHECK ONE)    EFFECTIVE DATE: 04/01/2017

☑    Change (indicate effective date above)

☐    Annual

#### ATTESTATION BY ADMINISTRATOR OF FACILITY OR DESIGNEE (CHECK ONE)

☑    I attest that, to the best of my knowledge and belief, all information in this *Chargemaster and Rates and Charges Overview Form* is accurate and complete.

OR

☐    I have personal knowledge that some of the information in this *Chargemaster and/or Rates and Charges Overview Form* is not accurate or not complete.  I attest that, to the best of my knowledge and belief, all information in the report is accurate and complete, except the information identified in a document accompanying this form that:

  1) Describes the inaccurate or incomplete information and the circumstances that make the information inaccurate or incomplete, and

  2) States what actions the facility is taking to correct the inaccurate information or make the information complete.

John Foreman                                     Revenue Analyst
_____    _____
Print Name                                       Title

                                                 7/7/2017
_____    _____
Signature (Administrator of Facility or Designee)    Date
(REQUIRED)

SUBMIT ALL FINANCIAL REPORTING DOCUMENTS AS EMAIL ATTACHMENTS TO:
costreporting@azdhs.gov



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT T

**HOSPITAL CHARGEMASTER/OVERVIEW FORM**
**ATTESTATION OF COMPLETENESS AND ACCURACY**

**FACILITY NAME:** _____

**FACILITY ID NUMBER: MED**_____

**REPORTING TYPE:  (CHECK ONE)      EFFECTIVE DATE:** _____

☐    **Change (indicate effective date above)**

☐    **Annual**

### ATTESTATION BY ADMINISTRATOR OF FACILITY OR DESIGNEE (CHECK ONE)

☐    I attest that, to the best of my knowledge and belief, all information in this *Chargemaster and Rates and Charges Overview Form* is accurate and complete.

**OR**

☐    I have personal knowledge that some of the information in this *Chargemaster and/or Rates and Charges Overview Form* is not accurate or not complete.  I attest that, to the best of my knowledge and belief, all information in the report is accurate and complete, except the information identified in a document accompanying this form that:

1)  Describes the inaccurate or incomplete information and the circumstances that make the information inaccurate or incomplete, and

2)  States what actions the facility is taking to correct the inaccurate information or make the information complete.

_____          _____
**Print Name**                                                         **Title**

_____          _____
**Signature (Administrator of Facility or Designee)**     **Date**
**(REQUIRED)**

**SUBMIT ALL FINANCIAL REPORTING DOCUMENTS AS EMAIL ATTACHMENTS TO:**
**costreporting@azdhs.gov**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT U

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOUIS WIKLER and RANDI       )
WIKLER,                      )
                             )
        Plaintiffs,          )
                             )                  Case No.
vs.                          )
                             )         CV-17-02664-PHX-GMS
PRIVILEGE UNDERWRITERS       )
RECIPROCAL EXCHANGE, an      )
unincorporated association,  )
d/b/a PURE INSURANCE;        )
PRIVILEGE UNDERWRITERS,      )
INC., a Delaware             )
corporation,                 )
                             )
        Defendants.          )
_____)

DEPOSITION OF NANCY FRASER MICHALSKI

Taken on

Tuesday, September 4, 2018

TAMARA D. WICKHAM
CSR NO. 4117, RMR,CRR

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5
     LOUIS WIKLER and RANDI    )
 6   WIKLER,                   )
                              )
 7         Plaintiffs,        )
                              )                 Case No.
 8   vs.                      )
                              )         CV-17-02664-PHX-GMS
 9   PRIVILEGE UNDERWRITERS    )
     RECIPROCAL EXCHANGE, an   )
10   unincorporated           )
     association, d/b/a PURE   )
11   INSURANCE; PRIVILEGE      )
     UNDERWRITERS, INC., a     )
12   Delaware corporation,    )
                              )
13         Defendants.        )
     _____)

14

15

16

17      DEPOSITION OF NANCY FRASER MICHALSKI, taken on behalf

18   of the Plaintiff at 1055 West Seventh Street, Suite

19   2100, Los Angeles, California, commencing at 1:35

20   o'clock p.m. on Tuesday, September 4, 2018, before

21   TAMARA D. WICKHAM, CSR No. 4117, RMR, CRR.

22                       --oOo--

23

24

25
```

 1      A.   Oh.  Same difference.

 2      Q.   Are you familiar with the statutory process by

 3  which Arizona hospitals set the rates for hospital

 4  services?

 5      A.   I'm familiar, yes.

 6      Q.   And what is your understanding?

 7      A.   That there's a Chargemaster process in place.

 8      Q.   And how did you come to that understanding?

 9      A.   Just my general knowledge.

10      Q.   Have you ever reviewed ARS 36436, which sets

11  forth that statutory process for Arizona hospitals to

12  set their rates?

13      A.   No, I have not.

14      Q.   Are you aware that the director of the Arizona

15  Department of Health Services is required to establish

16  reasonable guidelines for review of rates and charges

17  for hospitals?

18              MS. RONAN:  Form.

19              THE WITNESS:   I'm not familiar with that,

20  no.

21  BY MR. O'STEEN:

22      Q.   Are you aware that hospitals in Arizona are

23  required to use the current edition of the Statement on

24  the Financial Requirements of Healthcare Institutions

25  and Services, as adopted by the American Hospital

1    Association as a guide for establishing hospital rates

2    and charges?

3              MS. RONAN:  Form.

4              THE WITNESS:  Also I don't know what the

5    relevance is to this case, and there aren't any

6    inpatient hospitalizations that have been audited here

7    so that actually has nothing to do with this audit.

8    BY MR. O'STEEN:

9        Q.  The distinguish -- the rules do not distinguish

10   between inpatient services and outpatient services.  So

11   I'll ask the question with that in mind.

12             Are you aware that hospitals in Arizona are

13   required to use the current edition of the Statement on

14   the Financial Requirements of Healthcare Institutions

15   and Services as adopted by the American Hospital

16   Association, as a guide for establishing hospital rates

17   and charges?

18             MS. RONAN:  Form.

19             THE WITNESS:  I've not heard that

20   specifically before, no.

21   BY MR. O'STEEN:

22       Q.  Are you aware that a hospital is required to file

23   a schedule of its rates and charges with the director of

24   the Arizona Department of Health Services?

25             MS. RONAN:  Form.

1              THE WITNESS:  Yes, that's standard across

2    the country.   Every hospital creates a Chargemaster and

3    those are submitted to the state and made available.

4    BY MR. O'STEEN:

5       Q.  Are you aware that the director of the Arizona

6    Department of Health Services is required to promptly

7    review the rate schedule within 60 days?

8              MS. RONAN:  Form.

9              THE WITNESS:  No, I'm not aware of that

10   timeline.

11   BY MR. O'STEEN:

12      Q.  Are you aware that the director of the Arizona

13   Department of Health Services is required to review the

14   rate schedule?

15             MS. RONAN:  Form.

16             THE WITNESS:  No, again, I don't know the

17   timeline and I don't know all the specifics behind that.

18   It's not relevant to my rendering of my opinions in any

19   way.

20   BY MR. O'STEEN:

21      Q.  So you didn't take that into consideration at

22   all?

23      A.  No, it's not applicable to what I've audited.

24      Q.  Are you aware that the director of the Arizona

25   Department of Health Services is required to publish

1    information on gross charges based on the rate schedule

2    filed by the hospital?

3              MS. RONAN:   Form.   Foundation.

4              THE WITNESS:   Again, that's not relevant to

5    what I've audited in this case.

6    BY MR. O'STEEN:

7       Q.   And is that because you have not reviewed the

8    Chargemaster filings with respect to Mayo Clinic?

9       A.   It's because there's no inpatient hospitalization

10   services that have been provided in this case.

11      Q.   And you're distinguishing between inpatient and

12   outpatient?

13      A.   Of course.   It's a different category of care.

14   It's in a completely different, um, category, it's a

15   different code set, it's different rules, it's different

16   pricing databases.   The two do not meet.

17      Q.   And is it your testimony that Arizona law

18   distinguishes between inpatient and outpatient medical

19   services with respect to its requirement that hospitals

20   file their rates and charges with the director of the

21   Department of Health Services?

22      A.   What I'm testifying to is that nationally there

23   are two different systems in place for inpatient and

24   outpatient services.   It's a different category of care.

25             This is not, um, dependent on state -- individual

1    states.  The auditing of inpatient -- of any of the five

2    categories of care does not change state to state.

3    These are federal rules, national regulations.

4    Individual states have no impact on, on, um, the

5    auditing, the analysis, the billing and the valuing of

6    healthcare services.

7        Q.  Are you aware that Mayo Clinic is subject to

8    compliance with ARS 36436 in Arizona?

9        A.  Not specifically, but again, we're talking about

10   outpatient services, which there's a national system in

11   place around that, and whether they're required to

12   report their charges, um, to a state entity has no

13   relevance on my methodology or the pricing sources or

14   the ultimate opinions or the value of the care.

15           So you're asking questions about something that

16   has no impact on what we are talking about here today or

17   what I'm testifying to.

18               MS. RONAN:  Hey, John, before you keep

19   going, can we take a restroom break?  Two minutes?

20               MR. O'STEEN:  Yes, absolutely.

21                  (A recess was taken from

22                  2:42 p.m. to 2:45 p.m.)

23   BY MR. O'STEEN:

24       Q.  Are you aware that Mayo Clinic complied with its

25   legal requirements as set forth in ARS 36436?

1    A.  No.

2    Q.  Are you aware of any facts that lead you to
3 believe Mayo Clinic did not comply with its statutory
4 requirements as set forth in ARS 36436?

5    A.  No, and, again, I've not -- that's outside my
6 scope.  I've not been asked to conduct any research on
7 that.  I don't know one way or the other.

8    Q.  Are you aware that the director of the Arizona
9 Department of Health Services complied with the
10 statutory obligations with respect to charges submitted
11 by Mayo Clinic?

12    A.  No.

13    Q.  Are you aware of any facts that lead you to
14 believe that the director of the Arizona Department of
15 Health Services did not comply with the statutory
16 requirements of ARS 36436 with respect to charges
17 submitted by Mayo Clinic?

18    A.  No.

19    Q.  Are you aware that Scottsdale Osborn Medical
20 Center is subject to compliance with ARS 36436?

21    A.  No.  Not specifically, no.

22    Q.  Are you aware that Scottsdale Osborn Medical
23 Center complied with this legal requirement?

24    A.  No.

25    Q.  I guess for the record I should note that when

1    I'm referring to Scottsdale Osborn Medical Center, I'm

2    referring to the hospital and specifically the

3    HonorHealth Greenbaum Surgery Center at Scottsdale

4    Osborn Medical Center.

5         Are you aware of any facts that lead you to

6    believe HonorHealth Greenbaum Surgery Center at

7    Scottsdale Osborn Medical Center did not comply with the

8    statutory requirements of ARS 36436?

9    A.   What was the beginning?  I'm sorry.

10   Q.   Are you aware of any facts that lead you to

11   believe HonorHealth Greenbaum Surgery Center at

12   Scottsdale Osborn Medical Center did not comply with the

13   statutory requirements of ARS 36436?

14   A.   No.

15   Q.   Are you aware that the director of the Arizona

16   Department of Health Services complied with the

17   statutory obligations with respect to charges submitted

18   by HonorHealth Greenbaum Surgery Center at Scottsdale

19   Osborn Medical Center?

20   A.   You're asking about the director of Health

21   Services in Arizona?

22   Q.   Yes.  Whether the director of the Arizona

23   Department of Health Services complied with the

24   statutory obligations with respect to charges submitted

25   by HonorHealth Greenbaum Surgery Center at Scottsdale

1    Osborn Medical Center.

2        A.   I have -- again, I have no knowledge about that.

3    That's outside my scope.   It's not...

4        Q.   Are you aware of any facts that lead you to

5    believe that the director of the Arizona Department of

6    Health Services did not comply with the statutory

7    requirements of ARS 36436 with respect to charges

8    submitted by HonorHealth Greenbaum Surgery Center at

9    Scottsdale Osborn Medical Center?

10       A.   I have no knowledge on that one way or the other.

11       Q.   Have you reviewed the rate filings of Mayo Clinic

12   filed with the Arizona Department of Health Services for

13   2014?

14       A.   No.

15       Q.   Since you have not reviewed those filings, is it

16   fair to say that you're not in a position to testify or

17   offer an opinion as to whether the rates charged by Mayo

18   Clinic in connection with Randi Wikler's care

19   corresponded to the rates filed with the Arizona

20   Department of Health and approved by its director?

21       A.   Can you read that again, please?

22       Q.   Yeah.

23            Since you have not reviewed the rate that Mayo

24   Clinic filed with the Arizona Department of Health

25   Services in 2014, is it fair to say that you are not in

1    a position to offer an opinion as to whether the rates

2    charged by Mayo Clinic in connection with Randi Wikler's

3    care corresponded to the rates filed with the Arizona

4    Department of Health Services and approved by its

5    director?

6             MS. RONAN:  Form.

7             THE WITNESS:  So you're asking about pricing

8    two years prior to this care, and whether or not the

9    hospital's charges matched their Chargemaster?

10            And that is, again, outside -- A, it's the

11   wrong year, B, it's outside the scope of, of my audit.

12   Um, I am -- it only -- it doesn't apply -- there's no

13   inpatient hospitalizations.

14            The outpatient facility services that were

15   utilized were audited in accordance with the national

16   standards that relate to that category of care using and

17   applying all of the rules, guidelines and federal

18   regulations that dictate how those services are to be

19   billed and utilizing geographically specific national

20   pricing databases based on the category of care.

21            That methodology does not relate in any way

22   to checking to see if what the hospital's Chargemaster

23   says is what may have been charged here, and that is of

24   course -- you're making the assumption that the services

25   for the outpatient department are on that Chargemaster,

1   so...

2   BY MR. O'STEEN:

3       Q.   My question was specific to Mayo Clinic in 2014,

4   which corresponded with treatment received by Randi

5   Wikler in connection with the motor vehicle collision on

6   April 14th, 2014.  So the timeline was accurate as

7   reflected in the question.

8           And while I appreciate your response, it did not,

9   um -- it did not answer my question as to whether you

10  would be able to offer any testimony in this case as to

11  whether the rates charged by Mayo Clinic in connection

12  with Randi Wikler's care, corresponded to the rates

13  charged -- filed with the Arizona Department of Health

14  Services and approved by its director.

15      A.   That's outside of my scope.  I've not conducted

16  any research for that.  That's separate and apart from

17  what I've been asked to do here, the opinions I've

18  rendered.

19      Q.   And that answer would be the same with respect to

20  rate filings applicable in 2015?

21      A.   Yes.

22      Q.   And 2016?

23      A.   Yes.

24      Q.   Have you reviewed the rate filings of HonorHealth

25  Greenbaum Surgery Center at Scottsdale Osborn Medical

1    Center for 2016?

2       A.   I've not reviewed any rate filings as they are

3    not relevant in the rendering of my opinion I have, and

4    the data that I use.

5       Q.   And since you have not reviewed the rate filings

6    with respect to HonorHealth Greenbaum Surgery Center at

7    Scottsdale Osborne Medical Center for 2016, you would

8    not be in a position to testify whether the rates

9    charged by HonorHealth Greenbaum Surgery Center in

10   connection with the June 1st, 2016, surgery corresponded

11   to the rates filed with the Arizona Department of Health

12   Services and approved by its director?

13      A.   Um, again, no.  The answer is no, I am not

14   looking at -- you're basically asking if I've confirmed

15   that what they've charged is what they say they are

16   going to charge, which has nothing to do with what the

17   reasonable cost of medical care is.  So no.

18      Q.   Are you aware that the Arizona Court of Appeals

19   upheld that the reasonable rates for medical services

20   provided by hospitals are found in the rate filings with

21   the Arizona Department of Health Services?

22           MS. RONAN:  Form.  Foundation.

23           THE WITNESS:  No, that's outside my scope.

24   I'm not an attorney.

25   ///

1    BY MR. O'STEEN:

2        Q.  So you're not aware of how Arizona law determines

3    reasonable rates for medical services provided at

4    hospitals?

5                MS. RONAN:  Form.

6                THE WITNESS:  That's not what I just

7    testified to.  Maybe you can reask your question.  I

8    don't understand.

9    BY MR. O'STEEN:

10       Q.  Do you have an understanding that in Arizona, the

11   Arizona Court of Appeals has held that you determine the

12   reasonable rate for medical services provided by

13   hospitals by looking at the rate filings filed with the

14   Arizona Department of Health Services?

15               MS. RONAN:  Form.  Foundation.

16               THE WITNESS:  I'm not aware of that, no.

17   BY MR. O'STEEN:

18       Q.  And your analysis fails to account for rate

19   filings filed by Mayo Clinic or Greenbaum Surgery

20   Center; correct?

21       A.  That is not information I used in rendering my

22   opinion, that's correct.

23       Q.  You reviewed bills and records for Center For

24   Athletic Performance & Physical Therapy; correct?

25       A.  I did.

61