WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Wikler, et al., | No. CV-17-02664-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Privilege Underwriters Incorporated, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** setting Oral Argument on the pending Motions, (Docs. 147, 152, 154, 158, 172, 204), for **March 15, 2019 at 8:30 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151. Each side will have fifteen (15) minutes.

Dated this 8th day of March, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge